UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY PARRY,

    Plaintiff,

-vs-                                          E.D. Mich. #2:22-cv-11328-DPH-DRG
                                                Hon. Denise Page Hood

HOSPICE OF MICHIGAN, INC.,
a Michigan non-profit corporation,

    Defendant.
_____

## APPEARANCE

To the Clerk of Said Court:

    Please enter my appearance as co-counsel for Plaintiff Gregory Parry in this matter.

                                          Respectfully submitted,

                                          */s/Kenneth M. Mogill*
                                          Kenneth M. Mogill    P17865
                                          Mogill, Posner & Cohen
                                          27 E. Flint St., 2nd Floor
                                          Lake Orion MI 48362
                                          (248)814-9470
                                          *kmogill@bignet.net*

Dated: July 21, 2022

## CERTIFICATE OF SERVICE

 The undersigned certifies that on he served a copy of Appearance on David R. Deromedi, Esq., Dickinson Wright PLLC, at *dderomedi@dickinsonwright.com* on July 21, 2022.

          */s/Kenneth M. Mogill*