UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Gregory Parry,

                Plaintiff(s),

v.                                              Case No. 2:22−cv−11328−DPH−DRG
                                                      Hon. Denise Page Hood

Hospice of Michigan, Inc.,

                Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Denise Page Hood at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  The following motion(s) are scheduled for hearing:

      Motion to Dismiss − #6

- MOTION HEARING:  October 6, 2022 at 03:00 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                    By: s/L. Saulsberry
                                                         Case Manager

Dated:   August 16, 2022