UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY PARRY,

    Plaintiff

v.

HON. DENISE PAGE HOOD
CASE NO. 2:22-CV-11328

HOSPICE OF MICHIGAN, INC.,
a Michigan non-profit corporation,

    Defendant.

_____/

| | |
|---|---|
| Sarah S. Prescott (P70510)<br>SALVATORE PRESCOTT PORTER<br>  &amp; PORTER, PLLC<br>*Attorneys for Plaintiff*<br>105 East Main Street<br>Northville, MI  48167<br>(248) 679-8711<br>prescott@spplaw.com<br><br>Kenneth M. Mogill (P17865<br>MOBILL, POSNER & COHEN<br>*Attorneys for Plaintiff*<br>27 E. Flint St., 2nd Floor<br>Lake Orion, MI  48362<br>(248) 814-9470<br>kmogill@bignet.net | David R. Deromedi (P42093)<br>Angelina R. Delmastro (P81712)<br>DICKINSON WRIGHT PLLC<br>*Attorneys for Defendant*<br>500 Woodward Ave.<br>Suite 4000<br>Detroit, MI  48226<br>(313) 223-3048<br>dderomedi@dickinsonwright.com<br>adelmastro@dickinsonwright.com |

## **NOTICE OF APPEARANCE**

    Please enter the appearance of Angelina R. Delmastro of Dickinson Wright PLLC as counsel for Defendant Hospice of Michigan, Inc. in this matter.

DICKINSON WRIGHT PLLC

By: */s/ Angelina R. Delmastro*
    Angelina R. Delmastro (P81712)
500 Woodward Avenue, Suite 4000
Detroit MI  48226
(313) 223-3500
adelmastro@dickinsonwright.com

*Attorneys for Defendant*

Dated:  August 30, 2022

## CERTIFICATE OF SERVICE

I certify that on August 30, 2022, I electronically filed the foregoing *Notice of Appearance* with the Clerk of the Court using the ECF system, which will send notification of such filing to all parties of record.

*/s/ Colleen L. Maguire*

Legal Secretary
DICKINSON WRIGHT, PLLC
500 Woodward Avenue, Suite 4000
Detroit, Michigan  48226-3425
(313) 223-3500
cmaguire@dickinsonwright.com

4856-0293-6880 v1 [21612-42]