UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY PARRY,

        Plaintiff,

v.

HOSPICE OF MICHIGAN, INC., *a Michigan non-profit corporation*,

        Defendant.

Case No. 2:22-cv-11328-DPH-DRG

Hon.  Denise Page Hood

---

| | |
|---|---|
| Sarah S. Prescott (P70510)<br>SALVATORE PRESCOTT<br>PORTER & PORTER, PLLC<br>*Attorneys for Plaintiff*<br>105 East Main Street<br>Northville, MI 48167<br>(248) 679-8711<br>prescott@sppplaw.com | David R. Deromedi (P42093)<br>Angelina Rose Delmastro (P81712)<br>DICKINSON WRIGHT PLLC<br>*Attorneys for Defendant*<br>500 Woodward Ave., Suite 4000<br>Detroit, MI 48226<br>(313) 223-3048<br>dderomedi@dickinsonwright.com<br>adelmastro@dickinsonwright.com |
| Kenneth M. Mogill (P17865)<br>MOGILL, POSNER & COHEN<br>*Attorneys for Plaintiff*<br>27 E. Flint St., 2nd Floor<br>Lake Orion, MI 48362<br>(248) 814-9470<br>kmogill@bignet.net | |

## JOINT FED. R. CIV. P. 26(f) DISCOVERY PLAN

Pursuant to Fed. R. Civ. P. 26(f), Plaintiff and Defendants, by and through their undersigned attorneys, submit the following discovery plan.

On October 4, 2022, the parties conferred and discussed the issues identified under Rule 26(f) of the Federal Rules of Civil Procedure, and they agree:

**Witnesses**: All witnesses to be called at trial shall be listed by 30 days before trial, absent further order of this Court.

**Discovery**: All fact and liability discovery shall be completed by April 11, 2023, absent further order of this Court.

**Mediation**: In lieu of referral to Wayne County Mediation, the parties will mediate the matter in private, non-binding mediation.

**Motions**: No motions other than trial motions in limine may be filed after May 11, 2023, absent further Order of this Court. Motion practice will be governed by Local Rule 7.1.

**Settlement Conference Date**: Will be determined by the Court.

**Final Pretrial Conference**: The Court will determine the final pretrial conference date. A proposed Joint Final Pretrial Order signed by counsel for all parties shall be submitted to the court one (1) week prior to the final pretrial conference. The requirements of such a pretrial order, as set forth in Local Rule 16.2 are attached. Compliance with these requirements is mandatory. Trial counsel and the parties, or a representative with full settlement authority, are required to attend the settlement conference and final pretrial conference.

**Trial**: A jury trial will be scheduled to commence at a date and time to be determined by the Court in 2023.

**Other Matters**:

The parties propose to exchange initial disclosures by November 8, 2022.

The parties have agreed to bifurcate discovery to the extent that damages expert discovery would occur if at all upon denial of any summary judgment motion. Specifically, experts must be named 90 days before the trial date set by this Court, and reports due 45 days before trial. Depositions of such witnesses would be completed by 21 days before the trial date set by this Court.

In general, the parties presently do not contemplate altering discovery limitations set forth in the Federal Rules of Civil Procedure.

Defendants will circulate a proposed protective order as to anticipated discovery forthwith.

The parties agree that electronically stored discovery shall be governed by Fed. R. Civ. P. 26(b)(2). Any electronically stored information will be produced in TIF format (and in a PDF if a party so requests).

**WHEREFORE**, the above-captioned parties have conferred in good faith with respect to the proposed discovery plan, and submit the proposed discovery plan to the Court pursuant to Fed. R. Civ. P. 26(f).

Respectfully submitted,

| | |
|---|---|
| /s/ Sarah S. Prescott_____ | /s/ Angelina Rose Delmastro (w/ authorization) |
| Sarah S. Prescott (P70510) | Angelina Rose Delmastro (P81712) |
| Salvatore Prescott Porter & Porter, PLLC | DICKINSON WRIGHT PLLC |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |
| 105 East Main Street | 500 Woodward Ave., Suite 4000 |
| Northville, MI 48167 | Detroit, MI 48226 |
| (248) 679-8711 | (313) 223-3048 |
| *prescott@sppplaw.com* | adelmastro@dickinsonwright.com |
| Dated: October 11, 2022 | Dated: October 11, 2022 |

4895-5191-0456 v1 [21612-42]