UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY PARRY,

    Plaintiff

v.

HOSPICE OF MICHIGAN, INC.,
a Michigan non-profit corporation,

    Defendant.

HON. DENISE PAGE HOOD
CASE NO. 2:22-CV-11328

_____/

| | |
|---|---|
| Sarah S. Prescott (P70510)<br>SALVATORE PRESCOTT PORTER<br>  &amp; PORTER, PLLC<br>*Attorneys for Plaintiff*<br>105 East Main Street<br>Northville, MI  48167<br>(248) 679-8711<br>prescott@sppplaw.com<br><br>Kenneth M. Mogill (P17865<br>MOBILL, POSNER & COHEN<br>*Attorneys for Plaintiff*<br>27 E. Flint St., 2nd Floor<br>Lake Orion, MI  48362<br>(248) 814-9470<br>kmogill@bignet.net | David R. Deromedi (P42093)<br>Angelina R. Delmastro (P81712)<br>DICKINSON WRIGHT PLLC<br>*Attorneys for Defendants*<br>500 Woodward Ave., Suite 4000<br>Detroit, MI  48226<br>(313) 223-3500<br>dderomedi@dickinsonwright.com<br>adelmastro@dickinsonwright.com |

**NOTICE OF APPEARANCE**

Please enter the appearance of Angelina R. Delmastro of Dickinson Wright PLLC as counsel for Defendants Robert Cahill, Patrick Miller and Lee Ann Meyers in this matter.

        DICKINSON WRIGHT PLLC

        By: */s/ Angelina R. Delmastro*
           Angelina R. Delmastro (P81712)
        500 Woodward Avenue, Suite 4000
        Detroit MI 48226
        (313) 223-3500
        adelmastro@dickinsonwright.com

        *Attorneys for Defendants*

Dated: October 11, 2022

## CERTIFICATE OF SERVICE

I certify that on October 11, 2022, I electronically filed the foregoing *Notice of Appearance* with the Clerk of the Court using the ECF system, which will send notification of such filing to all parties of record.

        */s/ Colleen L. Maguire*

        Legal Secretary
        DICKINSON WRIGHT, PLLC
        500 Woodward Avenue, Suite 4000
        Detroit, Michigan 48226-3425
        (313) 223-3500
        cmaguire@dickinsonwright.com

4856-0293-6880 v1 [21612-42]