UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY PARRY,

    Plaintiff

v.

HON. DENISE PAGE HOOD
CASE NO. 2:22-CV-11328

HOSPICE OF MICHIGAN, INC.,
a Michigan non-profit corporation,

    Defendant.

_____/

| | |
|---|---|
| Sarah S. Prescott (P70510)<br>SALVATORE PRESCOTT PORTER<br>  &amp; PORTER, PLLC<br>*Attorneys for Plaintiff*<br>105 East Main Street<br>Northville, MI 48167<br>(248) 679-8711<br>prescott@spplaw.com | David R. Deromedi (P42093)<br>DICKINSON WRIGHT PLLC<br>*Attorneys for Defendants*<br>500 Woodward Ave., Suite 4000<br>Detroit, MI 48226<br>(313) 223-3500<br>dderomedi@dickinsonwright.com |
| Kenneth M. Mogill (P17865<br>MOBILL, POSNER & COHEN<br>*Attorneys for Plaintiff*<br>27 E. Flint St., 2nd Floor<br>Lake Orion, MI 48362<br>(248) 814-9470<br>kmogill@bignet.net | |

## **NOTICE OF APPEARANCE**

Please enter the appearance of David R. Deromedi of Dickinson Wright PLLC as counsel for Defendants Robert Cahill, Patrick Miller and Lee Ann Meyers in this matter.

DICKINSON WRIGHT PLLC

By: */s/ David R. Deromedi*
David R. Deromedi (P42093)
500 Woodward Avenue, Suite 4000
Detroit MI  48226
(313) 223-3500
dderomedi@dickinsonwright.com

*Attorneys for Defendants*

Dated:  October 11, 2022

### CERTIFICATE OF SERVICE

I certify that on October 22, 2022, I electronically filed the foregoing *Notice of Appearance* with the Clerk of the Court using the ECF system, which will send notification of such filing to all parties of record.

*/s/ Colleen L. Maguire*
Legal Secretary
DICKINSON WRIGHT, PLLC
500 Woodward Avenue, Suite 4000
Detroit, Michigan  48226-3425
(313) 223-3500
cmaguire@dickinsonwright.com