UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY PARRY,

     Plaintiff                              HON. DENISE PAGE HOOD

v.                                   CASE NO. 2:22-CV-11328

HOSPICE OF MICHIGAN, INC.,
a Michigan non-profit corporation,

     Defendant.

_____/

| | |
|---|---|
| Sarah S. Prescott (P70510)<br>SALVATORE PRESCOTT PORTER<br>  & PORTER, PLLC<br>*Attorneys for Plaintiff*<br>105 East Main Street<br>Northville, MI  48167<br>(248) 679-8711<br>prescott@sppplaw.com | David R. Deromedi (P42093)<br>DICKINSON WRIGHT PLLC<br>*Attorneys for Defendants*<br>500 Woodward Ave., Suite 4000<br>Detroit, MI  48226<br>(313) 223-3500<br>dderomedi@dickinsonwright.com |
| Kenneth M. Mogill (P17865<br>MOBILL, POSNER & COHEN<br>*Attorneys for Plaintiff*<br>27 E. Flint St., 2nd Floor<br>Lake Orion, MI  48362<br>(248) 814-9470<br>kmogill@bignet.net | |

**NOTICE OF APPEARANCE**

Please enter the appearance of K. Scott Hamilton of Dickinson Wright PLLC

as counsel for Defendants Robert Cahill, Patrick Miller and Lee Ann Meyers in this

matter.

DICKINSON WRIGHT PLLC

By:   */s/ K. Scott Hamilton*
      K. Scott Hamilton  (P44095)
      500 Woodward Avenue, Suite 4000
      Detroit MI  48226
      (313) 223-3500
      khamilton@dickinsonwright.com

      *Attorneys for Defendants*

Dated:  January 17, 2023

## CERTIFICATE OF SERVICE

I certify that on January 17, 2023, I electronically filed the foregoing *Notice of Appearance* with the Clerk of the Court using the ECF system, which will send notification of such filing to all parties of record.

***/s/ K. Scott Hamilton***
K. Scott Hamilton
DICKINSON WRIGHT, PLLC
500 Woodward Avenue, Suite 4000
Detroit, Michigan  48226-3425
(313) 223-3500
cmaguire@dickinsonwright.com

4895-3545-5819 v1 [21612-42]