UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY PARRY,

        Plaintiff,

v.

HOSPICE OF MICHIGAN, INC., *a Michigan non-profit corporation*,

        Defendant.

Case No. 2:22-cv-11328-DPH-DRG

Hon. Denise Page Hood

---

Sarah S. Prescott (P70510)
Annemarie Smith-Morris (6336786)
SALVATORE PRESCOTT
PORTER & PORTER, PLLC
*Attorneys for Plaintiff*
105 East Main Street
Northville, MI 48167
(248) 679-8711
prescott@sppplaw.com
smith-morris@sppplaw.com

Kenneth M. Mogill (P17865)
MOGILL, POSNER & COHEN
*Attorneys for Plaintiff*
27 E. Flint St., 2nd Floor
Lake Orion, MI 48362
(248) 814-9470
kmogill@bignet.net

David R. Deromedi (P42093)
Angelina Rose Delmastro (P81712)
DICKINSON WRIGHT PLLC
*Attorneys for Defendant*
500 Woodward Ave., Suite 4000
Detroit, MI 48226
(313) 223-3048
dderomedi@dickinsonwright.com
adelmastro@dickinsonwright.com

---

**NOTICE OF APPEARANCE**

**TO: CLERK OF THE COURT**

Please enter the Appearance of Annemarie Smith-Morris as counsel for Plaintiff Gregory Parry in the above entitled action.

Respectfully submitted,
SALVATORE PRESCOTT
PORTER & PORTER, PLLC

/s/ Annemarie Smith-Morris
Annemarie Smith-Morris (6336786)
105 E. Main Street
Northville, MI 48167
(248) 679-8711
smith-morris@spplaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2023, I electronically filed the foregoing document with the Clerk of the Court using this Court's electronic filing system, which will send notification of such filing to all counsel of record.

Dated: February 15, 2023                          /s/ Annemarie Smith-Morris
                                                  Annemarie Smith-Morris