UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Gregory Parry,

                Plaintiff(s),

v.                                         Case No. 2:22−cv−11328−DPH−DRG
                                                     Hon. Denise Page Hood

Hospice of Michigan, Inc.,

                Defendant(s),

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

    **IT IS ORDERED** that this matter is referred to U.S. Magistrate Judge David R. Grand for all non−dispositive pretrial proceedings, including any previously filed non−dispositive motions, pursuant to 28 U.S.C. § 636(b)(1)(A). Dispositive motions are defined in LR 7.1(e)(1).

                                                          s/Denise Page Hood
                                                           Denise Page Hood
                                                           United States District Judge

### Certificate of Service

    I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                           s/L. Saulsberry
                                                           Case Manager

Dated:   April 7, 2023