UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY PARRY,

          Plaintiff,

v.

HOSPICE OF MICHIGAN, INC., *a Michigan non-profit corporation*, et al.

          Defendants.

Case No. 2:22-cv-11328-DPH-DRG

Hon.  Denise Page Hood

**INDEX OF EXHIBITS TO
PLAINTIFF'S REPLY BRIEF IN SUPPORT OF
MOTION TO COMPEL DISCOVERY**

| Exhibit | Description |
|---|---|
| **A** | Lank Email of 4/18/23 |
| **B** | Smith-Morris Email of 4/19/23 |