# EXHIBIT A



Sarah Prescott <prescott@spplaw.com>

# Gregory Parry v. Hospice of Michigan, Inc., et al.; Case No. 2:22-cv-11328-DPH-DRG
1 message

**Tara Lank** <lank@spplaw.com>  Tue, Apr 18, 2023 at 5:04 PM
To: dderomedi@dickinsonwright.com, adelmastro@dickinsonwright.com
Cc: Sarah Prescott <prescott@spplaw.com>, Annemarie Smith-Morris <smith-morris@spplaw.com>, Ken Mogill <kmogill@bignet.net>

Dear Counsel,

Please see the attached document from Sarah Prescott regarding the above-referenced matter.

Thank you.

--
**Sincerely,**
**Tara Lank**
Legal Assistant
**Salvatore Prescott Porter & Porter, PLLC**
105 E. Main Street
Northville, MI 48167
(248) 679-8711 (t)
(248) 773-7280 (f)
http://www.spplaw.com
Like us on Facebook



*This message originates from the law firm of Salvatore Prescott Porter & Porter, PLLC, and may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient and have received this message in error, please notify us at info@spplaw.com and please delete this message from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited.*

**2 attachments**


**Stip and Order [proposed] 04.18.23.docx**
27K


**Letter to counsel [sent] 04.18.23.pdf**
155K



| Detroit | |
|---|---|
| 105 East Main Street | P: 248.679.8711 |
| Northville, MI 48167 | F: 248.773.7280 |
| **Chicago** | |
| 1010 Davis Street | P: 312.283.5711 |
| Evanston, IL 60201 | F: 312.724.8353 |
| | W: spplaw.com |

April 18, 2023

**Sent via First-Class Mail and Email**
David R. Deromedi
Angelina Rose Delmastro
DICKINSON WRIGHT PLLC
500 Woodward Ave., Suite 4000
Detroit, MI 48226
dderomedi@dickinsonwright.com
adelmastro@dickinsonwright.com

      Re:    *Gregory Parry v. Hospice of Michigan, Inc., et al.*
                Case No. 2:22-cv-11328-DPH-DRG

Dear Counsel,

      Based on your Docket No. 25, Response to [23] Motion to Compel Discovery, you have again committed to produce answers to Interrogatories 1 and 2, and Requests for Production 3, 6, 8, 9, 10, 11, 12, 13, 14, 15, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 31, 34, and 36.  That being the case, an order to that effect should be unobjectionable and readily satisfiable. I have enclosed just such a proposed order, which can narrow the issues between our clients, for your review and which allows a generous *additional* 30 days to comply.  Please let me know if you will agree.

                                     Best,
                                       SALVATORE PRESCOTT
                                       PORTER & PORTER, PLLC

                                 /s/ *Sarah Prescott*
                                       Sarah Prescott

SP/tl

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY PARRY,

    Plaintiff,

v.

HOSPICE OF MICHIGAN, INC., *a Michigan non-profit corporation*, et al.,

    Defendants.

Case No. 2:22-cv-11328-DPH-DRG

Hon. Denise Page Hood

| | |
|---|---|
| Sarah S. Prescott (P70510)<br>Annemarie Smith-Morris (IL 6336786)<br>SALVATORE PRESCOTT<br>PORTER & PORTER, PLLC<br>*Attorneys for Plaintiff*<br>105 East Main Street<br>Northville, MI 48167<br>(248) 679-8711<br>prescott@sppplaw.com<br>smith-morris@sppplaw.com<br><br>Kenneth M. Mogill (P17865)<br>MOGILL, POSNER & COHEN<br>*Attorneys for Plaintiff*<br>27 E. Flint St., 2nd Floor<br>Lake Orion, MI 48362<br>(248) 814-9470<br>kmogill@bignet.net | David R. Deromedi (P42093)<br>Angelina Rose Delmastro (P81712)<br>DICKINSON WRIGHT PLLC<br>*Attorneys for Defendants*<br>500 Woodward Ave., Suite 4000<br>Detroit, MI 48226<br>(313) 223-3048<br>dderomedi@dickinsonwright.com<br>adelmastro@dickinsonwright.com |

## **STIPULATED ORDER**

The parties having convened, by and through their attorneys, hereby stipulate to the following:

1. Defendant Hospice of Michigan, Inc. ("HOM") shall produce without

objection full and complete responses to Interrogatories 1 and 2, and Requests for Production 3, 6, 8, 9, 10, 11, 12, 13, 14, 15, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 31, 34, and 36 in full at its earliest opportunity, but in no event later than May 18, 2022.

WHEREFORE, IT IS HEREBY ORDERED that Defendant HOM shall produce without objection full and complete responses to Interrogatories 1 and 2, and Requests for Production 3, 6, 8, 9, 10, 11, 12, 13, 14, 15, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 31, 34, and 36 in full at its earliest opportunity, but in no event later than May 18, 2022.

**IT IS SO ORDERED.**

Dated: /s/

Hon. Denise Page Hood,
United States District Court Judge

**Stipulated and Approved for Entry:**

/s/ Sarah S. Prescott

Sarah S. Prescott (P70510)
Annemarie Smith-Morris (IL 6336786)
SALVATORE PRESCOTT PORTER & PORTER, PLLC
*Attorneys for Plaintiff*
105 East Main Street
Northville, MI 48167
(248) 679-8711
prescott@sppplaw.com
smith-morris@sppplaw.com

and

Kenneth M. Mogill (P17865)
MOGILL, POSNER & COHEN
*Attorneys for Plaintiff*
27 E. Flint St., 2nd Floor
Lake Orion, MI 48362
(248) 814-9470
kmogill@bignet.net

Dated: April 18, 2023

/s/

David R. Deromedi (P42093)
Angelina Rose Delmastro (P81712)
DICKINSON WRIGHT PLLC
*Attorneys for Defendants*
500 Woodward Ave., Suite 4000
Detroit, MI 48226
(313) 223-3048
dderomedi@dickinsonwright.com
adelmastro@dickinsonwright.com

Dated: