# EXHIBIT B

Sarah Prescott <prescott@sppplaw.com>

# Re: EXTERNAL: Re: Gregory Parry v. Hospice of Michigan, Inc., et al.; Case No. 2:22-cv-11328-DPH-DRG

1 message

---

**Annemarie Smith-Morris** <smith-morris@sppplaw.com>                    Wed, Apr 19, 2023 at 4:32 PM
To: "David R. Deromedi" <DDeromedi@dickinson-wright.com>
Cc: "Angelina (Lina) Delmastro" <ADelmastro@dickinson-wright.com>, Sarah Prescott <prescott@sppplaw.com>, Tara Lank <lank@sppplaw.com>, Ken Mogill <kmogill@bignet.net>

Thanks, David.

On Wed, Apr 19, 2023 at 4:11 PM David R. Deromedi <DDeromedi@dickinson-wright.com> wrote:

> Hi Annemarie,

> Not yet.  I've been in a facilitation all day.  I'll follow up tomorrow on this.

> **From:** Annemarie Smith-Morris <smith-morris@sppplaw.com>
> **Sent:** Wednesday, April 19, 2023 12:36 PM
> **To:** David R. Deromedi <DDeromedi@dickinson-wright.com>
> **Cc:** Angelina (Lina) Delmastro <ADelmastro@dickinson-wright.com>; Sarah Prescott <prescott@sppplaw.com>; Tara Lank <lank@sppplaw.com>; Ken Mogill <kmogill@bignet.net>
> **Subject:** EXTERNAL: Re: Gregory Parry v. Hospice of Michigan, Inc., et al.; Case No. 2:22-cv-11328-DPH-DRG

> Hi David,

> I hope you are well.

> Have you had a chance to review and discuss the proposed stipulation with your client?

> Best,

> Annemarie

> On Tue, Apr 18, 2023 at 5:04 PM Tara Lank <lank@sppplaw.com> wrote:

>> Dear Counsel,

>> Please see the attached document from Sarah Prescott regarding the above-referenced matter.

>> Thank you.

--

**Sincerely,**

**Tara Lank**

Legal Assistant

**Salvatore Prescott Porter & Porter, PLLC**

105 E. Main Street

Northville, MI 48167

(248) 679-8711 (t)

(248) 773-7280 (f)

http://www.sppplaw.com

Like us on Facebook

*This message originates from the law firm of Salvatore Prescott Porter & Porter, PLLC, and may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient and have received this message in error, please notify us at info@sppplaw.com and please delete this message from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited.*

**David R. Deromedi** Member

500 Woodward Avenue
Suite 4000
Detroit MI 48226

| Profile | V-Card |

Phone  313-223-3048
Mobile  734-255-3917
Fax     844-670-6009
Email   DDeromedi@dickinsonwright.com



**DICKINSON WRIGHT** PLLC

ARIZONA  CALIFORNIA  FLORIDA  ILLINOIS  KENTUCKY  MICHIGAN  NEVADA
OHIO  TENNESSEE  TEXAS  WASHINGTON D.C.  TORONTO

The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail.

Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.