UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY PARRY,

    Plaintiff,

v.

HOSPICE OF MICHIGAN, INC.,

    Defendant.
_____/

Civil Action No. 22-11328

Denise Page Hood
U.S. District Judge

David R. Grand
U.S. Magistrate Judge

# ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO COMPEL DISCOVERY (ECF No. 23)

Before the Court is plaintiff Gregory Parry's ("Parry") Motion to Compel Discovery from defendant Hospice of Michigan ("HOM") (ECF No. 23). The motion was fully briefed (ECF Nos. 25, 26), and the Court held oral argument on May 24, 2023. For the detailed reasons stated on the record, **IT IS ORDERED** that Parry's motion **(ECF No. 23)** is **GRANTED IN PART AND DENIED IN PART** as follows:

- **Requests for Production Nos. 7, 16, 17, 18**. The Court explained that while these requests generally seek relevant information, as written they are overly broad and not reasonably tailored to the claims and defenses in the case. Parry's counsel agreed to revise the requests to seek more targeted and salient information from HOM. The Court explained its expectation that as to the narrowed requests, counsel will work cooperatively to develop appropriate search terms and an electronic search protocol.

- **Request to Produce 32**. **By June 2, 2023**, HOM shall produce responsive documents.

- **Request to Produce 33**. **By June 2, 2023**, HOM shall produce responsive documents or provide a supplemental response indicating that after a reasonable search, no responsive documents were found.

- **Request to Produce 35**. **By June 2, 2023**, HOM shall produce responsive documents, if any, and provide a proper privilege log for any documents withheld on the basis of privilege.

- **Signed Interrogatories.** **By June 2, 2023**, HOM shall provide properly signed interrogatory responses.

- **Interrogatory No. 1 and Document Request Nos. 8-11, 19, 21-29, 31, 36**. By **June 2, 2023**, HOM shall provide supplemental responses and produce documents related to these discovery requests.

- **Rule 34(b)(2)(C) compliance**. Fed. R. Civ. P. 34(b)(2)(C) provides, in pertinent part, "*Objections.* An objection must state whether any responsive materials are being withheld on the basis of that objection." HOM's discovery responses shall comply with this Rule's requirements.

**IT IS SO ORDERED.**

Dated: May 24, 2023  
Ann Arbor, Michigan

s/David R. Grand  
DAVID R. GRAND  
United States Magistrate Judge

### NOTICE TO THE PARTIES REGARDING OBJECTIONS

The parties' attention is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days from the date of receipt of a copy of this order within which to file objections for consideration by the district judge under 28 U.S. C. §636(b)(1).

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 24, 2023.

s/Eddrey O. Butts  
EDDREY O. BUTTS  
Case Manager