UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY PARRY,

    Plaintiff

v.

HOSPICE OF MICHIGAN, INC.,
a Michigan non-profit corporation,

    Defendant.

HON. DENISE PAGE HOOD
CASE NO. 2:22-CV-11328

_____/

| | |
|---|---|
| Sarah S. Prescott (P70510)<br>SALVATORE PRESCOTT PORTER<br>  &amp; PORTER, PLLC<br>*Attorneys for Plaintiff*<br>105 East Main Street<br>Northville, MI  48167<br>(248) 679-8711<br>prescott@sppplaw.com | David R. Deromedi (P42093)<br>DICKINSON WRIGHT PLLC<br>*Attorneys for Defendants*<br>500 Woodward Ave., Suite 4000<br>Detroit, MI  48226<br>(313) 223-3500<br>dderomedi@dickinsonwright.com |
| Kenneth M. Mogill (P17865)<br>MOBILL, POSNER & COHEN<br>*Attorneys for Plaintiff*<br>27 E. Flint St., 2nd Floor<br>Lake Orion, MI  48362<br>(248) 814-9470<br>kmogill@bignet.net | |

## **INDEX OF EXHIBITS**

Exhibit 1 – Email correspondence between counsel.

Exhibit 2 – E.D. Mich. Civility Principles.