UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Gregory Parry,

                         Plaintiff(s),

v.                                              Case No. 2:22–cv–11328–DPH–DRG
                                                Hon. Denise Page Hood

Hospice of Michigan, Inc.,

                         Defendant(s),

_____

### NOTICE OF TELEPHONIC CONFERENCE

    PLEASE TAKE NOTICE that a telephonic conference has been scheduled before Magistrate Judge David R. Grand as follows:

- STATUS CONFERENCE:  November 2, 2023 at 11:30 AM

    The conference shall be initiated by .

    If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

    **ADDITIONAL INFORMATION:**    PLEASE DIAL 877–402–9753, ACCESS CODE 9373761 AND WAIT FOR THE COURT TO JOIN THE CALL.


### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                              By: s/E. Butts
                                  Case Manager

Dated:  November 1, 2023