UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY PARRY,

        Plaintiff,

v.

HOSPICE OF MICHIGAN, INC., *a Michigan non-profit corporation*, et al.

        Defendants.

Case No. 2:22-cv-11328-DPH-DRG

Hon. Denise Page Hood
Mag. David R. Grand

---

| | |
|---|---|
| Sarah S. Prescott (P70510)<br>Annemarie Smith-Morris (IL 6336786)<br>SALVATORE PRESCOTT<br>PORTER & PORTER, PLLC<br>*Attorneys for Plaintiff*<br>105 East Main Street<br>Northville, MI 48167<br>(248) 679-8711<br>prescott@sppplaw.com<br>smith-morris@sppplaw.com<br><br>Kenneth M. Mogill (P17865)<br>MOGILL, POSNER & COHEN<br>*Attorneys for Plaintiff*<br>27 E. Flint St., 2nd Floor<br>Lake Orion, MI 48362<br>(248) 814-9470<br>kmogill@bignet.net | David R. Deromedi (P42093)<br>Angelina Rose Delmastro (P81712)<br>DICKINSON WRIGHT PLLC<br>*Attorneys for Defendants*<br>500 Woodward Ave., Suite 4000<br>Detroit, MI 48226<br>(313) 223-3048<br>dderomedi@dickinsonwright.com<br>adelmastro@dickinsonwright.com |

## **STIPULATED ORDER**

The parties having convened, by and through their attorneys, hereby stipulate to the following:

1. Plaintiff Gregory Parry shall respond to Defendants' First Interrogatories and Requests to Produce no later than December 13, 2023.

WHEREFORE, IT IS HEREBY ORDERED that Plaintiff shall respond to Defendants' First Interrogatories and Requests to Produce no later than December 13, 2023.

**IT IS SO ORDERED.**

Dated: 11/8/23                    s/David R. Grand
                                  Hon. David R. Grand
                                  United States District Chief Magistrate Judge

**Stipulated and Approved for Entry:**

/s/ Annemarie Smith-Morris                    /s/ David R. Deromedi (w/ authorization)

Annemarie Smith-Morris (IL 6336786)           David R. Deromedi (P42093)
Sarah S. Prescott (P70510)                    Angelina Rose Delmastro (P81712)
SALVATORE PRESCOTT                            DICKINSON WRIGHT PLLC
PORTER & PORTER, PLLC                         *Attorneys for Defendants*
*Attorneys for Plaintiff*                     500 Woodward Ave., Suite 4000
105 East Main Street                          Detroit, MI 48226
Northville, MI 48167                          (313) 223-3048
(248) 679-8711                                dderomedi@dickinsonwright.com
prescott@sppplaw.com                          adelmastro@dickinsonwright.com
smith-morris@sppplaw.com
                                              Dated: November 8, 2023
and

Kenneth M. Mogill (P17865)
MOGILL, POSNER & COHEN
*Attorneys for Plaintiff*
27 E. Flint St., 2nd Floor
Lake Orion, MI 48362
(248) 814-9470
kmogill@bignet.net

Dated: November 8, 2023