UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY PARRY,

    Plaintiff

v.

HOSPICE OF MICHIGAN, INC.,
a Michigan non-profit corporation,

    Defendant.

HON. DENISE PAGE HOOD
CASE NO. 2:22-CV-11328

_____/

| | |
|---|---|
| Sarah S. Prescott (P70510)<br>SALVATORE PRESCOTT PORTER<br>   & PORTER, PLLC<br>*Attorneys for Plaintiff*<br>105 East Main Street<br>Northville, MI 48167<br>(248) 679-8711<br>prescott@sppplaw.com | David R. Deromedi (P42093)<br>Angelina R. Delmastro (P81712)<br>DICKINSON WRIGHT PLLC<br>*Attorneys for Defendant*<br>500 Woodward Ave., Suite 4000<br>Detroit, MI 48226<br>(313) 223-3500<br>dderomedi@dickinsonwright.com<br>adelmastro@dickinsonwright.com |
| Kenneth M. Mogill (P17865<br>MOGILL, POSNER & COHEN<br>*Attorneys for Plaintiff*<br>27 E. Flint St., 2nd Floor<br>Lake Orion, MI 48362<br>(248) 814-9470<br>kmogill@bignet.net | |

## DEFENDANT'S INITIAL WITNESS LIST

Defendants, Hospice of Michigan, Robert Cahill, Patrick Miller and Lee Ann Myers (collectively, "Defendants"), by and through their attorneys, Dickinson Wright PLLC, state as follows for its Initial Witness List.

1

## **WITNESSES**

1. Lee Ann Myers

3. Patrick Miller

4. Robert Cahill

5. Jeffrey Ratich

6. Matt Endres

7. Eric Kaplan

8. Kurt Ludlow

9. Jamie Cockerel

10. Nicole Erckman

11. Monica Navarro

12. Nancy Malovey

13. Gloria Bunting

14. Jennifer Jacobs

15. Sanford Linden

16. Rabbi E.B. Freedman

17. Rabbi Joseph Krakoff

18. A representative of Defendant to testify regarding clinical and spiritual care requirements and delivery.

19. Any and all past and present Defendant employees and custodian of records that have knowledge or information relevant to this dispute.

20. Defendant reserves the right to supplement with any witnesses and/or rebuttal expert witnesses whose testimony becomes necessary due to information gained through the course of further discovery.

21. Defendant reserves the right to later name any and all expert witnesses whose testimony becomes necessary due to information gained through the course of further discovery.

22. Any and all witnesses identified by Plaintiff and not objected to by Defendants, whether called or not.

23. Any person deposed in this litigation.

24. Any individual identified in pleadings, exhibits to pleadings, depositions, written discovery requests/responses, or documents produced (by parties and non-parties), or other court documents.

25. Any witnesses necessary to authenticate, interpret, identify, and/or introduce exhibits or any other documents relevant to this litigation.

26. Rebuttal witnesses, as necessary.

Defendants further reserve the right to amend and/or supplement this Initial Witness List as discovery is continued.

                                DICKINSON WRIGHT PLLC

                                By: */s/ David R. Deromedi*
                                   David R. Deromedi (P42093)
                                   Angelina R. Delmastro (P81712)
                                   500 Woodward Avenue, Suite 4000
                                   Detroit MI  48226
                                   (313) 223-3500
                                   dderomedi@dickinsonwright.com
                                   adelmastro@dickinsonwright.com

                                *Attorneys for Defendants*

Dated:  January 19, 2024

## CERTIFICATE OF SERVICE

I certify that on January 19, 2024, I electronically filed the foregoing *Defendant's Initial Witness List* with the Clerk of the Court using the ECF system, which will send notification of such filing to all parties of record.

*/s/ Colleen L. Maguire*

Legal Secretary
DICKINSON WRIGHT, PLLC
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226-3425
(313) 223-3500
cmaguire@dickinsonwright.com

4869-3002-7934 v1 [21612-42]

5