# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

GREGORY PARRY,

                Plaintiff,

v.

HOSPICE OF MICHIGAN, INC., *a Michigan non-profit corporation*, et al.

                Defendants.

Case No. 2:22-cv-11328-DPH-DRG

Hon.  Denise Page Hood

---

Sarah S. Prescott (P70510)
Annemarie Smith-Morris (P87221)
SALVATORE PRESCOTT
PORTER & PORTER, PLLC
*Attorneys for Plaintiff*
105 East Main Street
Northville, MI 48167
(248) 679-8711
prescott@sppplaw.com
smith-morris@sppplaw.com

David R. Deromedi (P42093)
Angelina Rose Delmastro (P81712)
DICKINSON WRIGHT PLLC
*Attorneys for Defendant*
500 Woodward Ave., Suite 4000
Detroit, MI 48226
(313) 223-3048
dderomedi@dickinsonwright.com
adelmastro@dickinsonwright.com

Kenneth M. Mogill (P17865)
MOGILL, POSNER & COHEN
*Attorneys for Plaintiff*
27 E. Flint St., 2nd Floor
Lake Orion, MI 48362
(248) 814-9470
kmogill@bignet.net

---

## PLAINTIFF'S PRELIMINARY WITNESS LIST
## AND SUPPLEMENTAL DISCLOSURES

Plaintiff Gregory Parry, by and through his counsel, Salvatore Prescott

Porter & Porter, PLLC, hereby submits his preliminary list of witnesses as follows:

## **Lay Witnesses**

1.   Gregory Parry, Plaintiff
     c/o Sarah S. Prescott (P70510)
     Annemarie Smith-Morris (P87221)
     Salvatore Prescott Porter & Porter, PLLC
     *Attorney for Plaintiff*
     (248) 679-8711
     prescott@sppplaw.com
     smith-morris@sppplaw.com

2.   Hospice of Michigan, Inc., Defendant
     c/o David R. Deromedi (P42093)
     Angelina Rose Delmastro (P81712)
     DICKINSON WRIGHT PLLC
     *Attorneys for Defendant*
     500 Woodward Ave., Suite 4000
     Detroit, MI 48226
     (313) 223-3048
     dderomedi@dickinsonwright.com
     adelmastro@dickinsonwright.com

3.   Robert Cahill, Defendant
     c/o David R. Deromedi (P42093)
     Angelina Rose Delmastro (P81712)
     DICKINSON WRIGHT PLLC
     *Attorneys for Defendant*
     500 Woodward Ave., Suite 4000
     Detroit, MI 48226
     (313) 223-3048
     dderomedi@dickinsonwright.com
     adelmastro@dickinsonwright.com

4.    Patrick Miller, Defendant
      c/o David R. Deromedi (P42093)
      Angelina Rose Delmastro (P81712)
      DICKINSON WRIGHT PLLC
      *Attorneys for Defendant*
      500 Woodward Ave., Suite 4000
      Detroit, MI 48226
      (313) 223-3048
      dderomedi@dickinsonwright.com
      adelmastro@dickinsonwright.com

5.    Lee Ann Myers, Defendant
      c/o David R. Deromedi (P42093)
      Angelina Rose Delmastro (P81712)
      DICKINSON WRIGHT PLLC
      *Attorneys for Defendant*
      500 Woodward Ave., Suite 4000
      Detroit, MI 48226
      (313) 223-3048
      dderomedi@dickinsonwright.com
      adelmastro@dickinsonwright.com

6.    Rabbi Elchonon B. "Bunny" Freedman

      Upon information and belief this witness is a current agent or employee of

      JHCN. Upon information and belief JHCN is represented by:

      c/o Brian McGorisk
      Plunkett Cooney
      Plaza One Financial Center
      111 East Court Street, Suite 1B
      Flint, MI 48502
      (810) 342-7004
      bmcgorisk@plunkettcooney.com

7.    Rabbi Joseph Krakoff
      c/o Brian McGorisk
      Plunkett Cooney
      Plaza One Financial Center
      111 East Court Street, Suite 1B
      Flint, MI 48502
      (810) 342-7004
      bmcgorisk@plunkettcooney.com

8.    Jeffrey Ratich
      c/o David R. Deromedi (P42093)
      Angelina Rose Delmastro (P81712)
      DICKINSON WRIGHT PLLC
      *Attorneys for Defendant*
      500 Woodward Ave., Suite 4000
      Detroit, MI 48226
      (313) 223-3048
      dderomedi@dickinsonwright.com
      adelmastro@dickinsonwright.com

9.    Kurt Ludlow
      c/o David R. Deromedi (P42093)
      Angelina Rose Delmastro (P81712)
      DICKINSON WRIGHT PLLC
      *Attorneys for Defendant*
      500 Woodward Ave., Suite 4000
      Detroit, MI 48226
      (313) 223-3048
      dderomedi@dickinsonwright.com
      adelmastro@dickinsonwright.com

10.   Eric Kaplan
      c/o David R. Deromedi (P42093)
      Angelina Rose Delmastro (P81712)
      DICKINSON WRIGHT PLLC
      *Attorneys for Defendant*
      500 Woodward Ave., Suite 4000
      Detroit, MI 48226
      (313) 223-3048
      dderomedi@dickinsonwright.com

adelmastro@dickinsonwright.com

11.   Natalie Rosenfield

Upon information and belief this witness is a current agent or employee of

JHCN. Upon information and belief JHCN is represented by:

c/o Brian McGorisk
Plunkett Cooney
Plaza One Financial Center
111 East Court Street, Suite 1B
Flint, MI 48502
(810) 342-7004
bmcgorisk@plunkettcooney.com

12.   Matt Endres
c/o David R. Deromedi (P42093)
Angelina Rose Delmastro (P81712)
DICKINSON WRIGHT PLLC
*Attorneys for Defendant*
500 Woodward Ave., Suite 4000
Detroit, MI 48226
(313) 223-3048
dderomedi@dickinsonwright.com
adelmastro@dickinsonwright.com

13.   Chia Mroz

Upon information and belief this witness is a current agent or employee of

Defendant HOM.

c/o David R. Deromedi (P42093)
Angelina Rose Delmastro (P81712)
DICKINSON WRIGHT PLLC
*Attorneys for Defendant*
500 Woodward Ave., Suite 4000
Detroit, MI 48226
(313) 223-3048

dderomedi@dickinsonwright.com
adelmastro@dickinsonwright.com

14.   Nicole Erckman
      810-588-0119
      nerckman@gmail.com

15.   Rabbi Jennifer Kaluzny

      Upon information and belief this witness is a current agent or employee of

      JHCN. Upon information and belief JHCN is represented by:

      c/o Brian T. McGorisk
      Plunkett Cooney
      111 E. Court St., Ste. 1B
      Flint, MI 48502-1698
      810-342-7005
      bmcgorisk@plunkettcmontooney.com

16.   Karen Monts

      Upon information and belief this witness is a current agent or employee of

      Defendant HOM.

      c/o David R. Deromedi (P42093)
      Angelina Rose Delmastro (P81712)
      DICKINSON WRIGHT PLLC
      *Attorneys for Defendant*
      500 Woodward Ave., Suite 4000
      Detroit, MI 48226
      (313) 223-3048
      dderomedi@dickinsonwright.com
      adelmastro@dickinsonwright.com

17. Wendy Servia

Upon information and belief this witness is a current or former agent or employee of Defendant HOM, and Defendants would have the best available contact information for this witness.

18. Todd Sharrard

Upon information and belief this witness is a current or former agent or employee of Defendant HOM, and Defendants would have the best available contact information for this witness.

19. Krista Newman

Upon information and belief this witness is a current agent or employee of Defendant HOM.

c/o David R. Deromedi (P42093)
Angelina Rose Delmastro (P81712)
DICKINSON WRIGHT PLLC
*Attorneys for Defendant*
500 Woodward Ave., Suite 4000
Detroit, MI 48226
(313) 223-3048
dderomedi@dickinsonwright.com
adelmastro@dickinsonwright.com

20. Michael Paletta, MD

Upon information and belief this witness is a current or former agent or employee of Defendant HOM, and Defendants would have the best available contact information for this witness.

21.   Marcie Hillary

Upon information and belief this witness is a current agent or employee of

Defendant HOM.

c/o David R. Deromedi (P42093)
Angelina Rose Delmastro (P81712)
DICKINSON WRIGHT PLLC
*Attorneys for Defendant*
500 Woodward Ave., Suite 4000
Detroit, MI 48226
(313) 223-3048
dderomedi@dickinsonwright.com
adelmastro@dickinsonwright.com

22.   Andrew Holtgreive

Upon information and belief this witness is a former agent or employee of

Defendant HOM, and Defendants would have the best available contact

information for this witness.

23.   Rabbi David Lee Nelson

Upon information and belief this witness is a current agent or employee of

JHCN. Upon information and belief JHCN is represented by:

c/o Brian T. McGorisk
Plunkett Cooney
111 E. Court St., Ste. 1B
Flint, MI 48502-1698
810-342-7005
bmcgorisk@plunkettcooney.com

24.   Kelly Errer

Upon information and belief this witness is a current agent or employee of

Defendant HOM.

c/o David R. Deromedi (P42093)
Angelina Rose Delmastro (P81712)
DICKINSON WRIGHT PLLC
*Attorneys for Defendant*
500 Woodward Ave., Suite 4000
Detroit, MI 48226
(313) 223-3048
dderomedi@dickinsonwright.com
adelmastro@dickinsonwright.com

25.   Kimberly Little

Upon information and belief this witness is a current agent or employee of

Defendant HOM.

c/o David R. Deromedi (P42093)
Angelina Rose Delmastro (P81712)
DICKINSON WRIGHT PLLC
*Attorneys for Defendant*
500 Woodward Ave., Suite 4000
Detroit, MI 48226
(313) 223-3048
dderomedi@dickinsonwright.com
adelmastro@dickinsonwright.com

26.   Abby Pendleton
The Health Law Partners PC
32000 Northwestern Hwy, Ste. 240
Farmington Hills, MI 48334-1569

27.  Adrienne Dresevic
     The Health Law Partners PC
     32000 Northwestern Hwy, Ste. 240
     Farmington Hills, MI 48334-1569

28.  Mark Drumheller

     Upon information and belief this witness is a current agent or employee of

     Defendant HOM.

     c/o David R. Deromedi (P42093)
     Angelina Rose Delmastro (P81712)
     DICKINSON WRIGHT PLLC
     *Attorneys for Defendant*
     500 Woodward Ave., Suite 4000
     Detroit, MI 48226
     (313) 223-3048
     dderomedi@dickinsonwright.com
     adelmastro@dickinsonwright.com

29.  Sandy Linden

     Upon information and belief this witness is a current agent or employee of

     Defendant HOM.

     c/o David R. Deromedi (P42093)
     Angelina Rose Delmastro (P81712)
     DICKINSON WRIGHT PLLC
     *Attorneys for Defendant*
     500 Woodward Ave., Suite 4000
     Detroit, MI 48226
     (313) 223-3048
     dderomedi@dickinsonwright.com
     adelmastro@dickinsonwright.com

30.   Jane McNamara

Upon information and belief this witness is a current agent or employee of
Defendant HOM.

c/o David R. Deromedi (P42093)
Angelina Rose Delmastro (P81712)
DICKINSON WRIGHT PLLC
*Attorneys for Defendant*
500 Woodward Ave., Suite 4000
Detroit, MI 48226
(313) 223-3048
dderomedi@dickinsonwright.com
adelmastro@dickinsonwright.com

31.   Nancy Malovey

Upon information and belief this witness is a former agent or employee of
Defendant HOM, and Defendants would have the best available contact
information for this witness.

32.   Cynthia Pimm

Upon information and belief this witness is a former agent or employee of
Defendant HOM, and Defendants would have the best available contact
information for this witness.

33.   Kenneth Allen

Upon information and belief this witness is a current agent or employee of
Defendant HOM.

c/o David R. Deromedi (P42093)
Angelina Rose Delmastro (P81712)

DICKINSON WRIGHT PLLC
*Attorneys for Defendant*
500 Woodward Ave., Suite 4000
Detroit, MI 48226
(313) 223-3048
dderomedi@dickinsonwright.com
adelmastro@dickinsonwright.com

34. Gloria Bunting

Upon information and belief this witness is a former agent or employee of Defendant HOM, and Defendants would have the best available contact information for this witness.

35. Jennifer Handel

Upon information and belief this witness is a current agent or employee of Defendant HOM.

c/o David R. Deromedi (P42093)
Angelina Rose Delmastro (P81712)
DICKINSON WRIGHT PLLC
*Attorneys for Defendant*
500 Woodward Ave., Suite 4000
Detroit, MI 48226
(313) 223-3048
dderomedi@dickinsonwright.com
adelmastro@dickinsonwright.com

36. Patricia McDaniel

Upon information and belief this witness is a current agent or employee of Defendant HOM.

c/o David R. Deromedi (P42093)
Angelina Rose Delmastro (P81712)

DICKINSON WRIGHT PLLC
*Attorneys for Defendant*
500 Woodward Ave., Suite 4000
Detroit, MI 48226
(313) 223-3048
dderomedi@dickinsonwright.com
adelmastro@dickinsonwright.com

37. Barbara Gentner

Upon information and belief this witness is a current agent or employee of

Defendant HOM.

c/o David R. Deromedi (P42093)
Angelina Rose Delmastro (P81712)
DICKINSON WRIGHT PLLC
*Attorneys for Defendant*
500 Woodward Ave., Suite 4000
Detroit, MI 48226
(313) 223-3048
dderomedi@dickinsonwright.com
adelmastro@dickinsonwright.com

38. Jessica Hayes, RN, MSN, CNL

Upon information and belief this witness is a former agent or employee of

Defendant HOM, and Defendants would have the best available contact

information for this witness.

39. David Robinson

Upon information and belief this witness is a former agent or employee of

Defendant HOM, and Defendants would have the best available contact

information for this witness.

40.    Sherry Reedy, RN

Upon information and belief this witness is a former agent or employee of Defendant HOM, and Defendants would have the best available contact information for this witness.

41.    Rhonda Jamieson-Peeters, RN, MSN

Upon information and belief this witness is a former agent or employee of Defendant HOM, and Defendants would have the best available contact information for this witness.

42.    Nicole Lewis

Upon information and belief this witness is a former agent or employee of Defendant HOM, and Defendants would have the best available contact information for this witness.

43.    Tony Gaglio

Upon information and belief this witness is a former agent or employee of Defendant HOM, and Defendants would have the best available contact information for this witness.

44.    Monica Romero

Upon information and belief this witness is a current agent or employee of Defendant HOM.

c/o David R. Deromedi (P42093)
Angelina Rose Delmastro (P81712)
DICKINSON WRIGHT PLLC
*Attorneys for Defendant*
500 Woodward Ave., Suite 4000
Detroit, MI 48226
(313) 223-3048
dderomedi@dickinsonwright.com
adelmastro@dickinsonwright.com

45.   Elizabeth Rocha

Upon information and belief this witness is a current agent or employee of

Defendant HOM.

c/o David R. Deromedi (P42093)
Angelina Rose Delmastro (P81712)
DICKINSON WRIGHT PLLC
*Attorneys for Defendant*
500 Woodward Ave., Suite 4000
Detroit, MI 48226
(313) 223-3048
dderomedi@dickinsonwright.com
adelmastro@dickinsonwright.com

46.   Quiona Cutler

Upon information and belief this witness is a current or former agent or

employee of Defendant HOM, and Defendants would have the best available

contact information for this witness.

47.   Angela Christensen

Upon information and belief this witness is a current agent or employee of

Defendant HOM.

c/o David R. Deromedi (P42093)
Angelina Rose Delmastro (P81712)
DICKINSON WRIGHT PLLC
*Attorneys for Defendant*
500 Woodward Ave., Suite 4000
Detroit, MI 48226
(313) 223-3048
dderomedi@dickinsonwright.com
adelmastro@dickinsonwright.com

48.   Lisa Noller
      Foley & Lardner LLP
      321 North Clark Street, Suite 3000
      Chicago, IL 60654
      312-832-4363
      lnoller@foley.com

49.   Adam Hepworth
      Foley & Lardner LLP
      555 South Flower Street, Suite 3300
      Los Angeles, CA 90071
      213-972-4604
      ahepworth@foley.com

50.   Jennifer Jacobs

      Upon information and belief this witness is a current agent or employee of

      Defendant HOM.

      c/o David R. Deromedi (P42093)
      Angelina Rose Delmastro (P81712)
      DICKINSON WRIGHT PLLC
      *Attorneys for Defendant*
      500 Woodward Ave., Suite 4000
      Detroit, MI 48226
      (313) 223-3048
      dderomedi@dickinsonwright.com
      adelmastro@dickinsonwright.com

51.   Elizabeth Berlow

Upon information and belief this witness is a current or former agent or employee of Defendant HOM, and Defendants would have the best available contact information for this witness.

52.   Judith Vindici

Upon information and belief this witness is a former agent or employee of Defendant HOM, and Defendants would have the best available contact information for this witness.

53.   Danyel Renaud

Upon information and belief this witness is a former agent or employee of Defendant HOM, and Defendants would have the best available contact information for this witness.

54.   David Techner

Upon information and belief this witness is a current agent or employee of JHCN. Upon information and belief JHCN is represented by:

c/o Brian T. McGorisk
Plunkett Cooney
111 E. Court St., Ste. 1B
Flint, MI 48502-1698
810-342-7005
bmcgorisk@plunkettcooney.com

55.     Deborah Kuppusamy

Upon information and belief this witness is a current or former agent or employee of Defendant HOM, and Defendants would have the best available contact information for this witness.

56.     Jennifer Hietala

Upon information and belief this witness is a current or former agent or employee of Defendant HOM, and Defendants would have the best available contact information for this witness.

57.     Alex Ostrovich

Upon information and belief this witness is a current or former agent or employee of Defendant HOM, and Defendants would have the best available contact information for this witness.

58.     Nathan Branch

Upon information and belief this witness is a current or former agent or employee of Defendant HOM, and Defendants would have the best available contact information for this witness.

59.     Tara Paladino

Upon information and belief this witness is a current or former agent or employee of Defendant HOM, and Defendants would have the best available contact information for this witness.

60.   Kevin Elayan

Upon information and belief this witness is a current or former agent or employee of Defendant HOM, and Defendants would have the best available contact information for this witness.

61.   Donna Pomaville

Upon information and belief this witness is a current or former agent or employee of Defendant HOM, and Defendants would have the best available contact information for this witness.

62.   Megan Lacross

Upon information and belief this witness is a current agent or employee of JHCN. Upon information and belief JHCN is represented by:

c/o Brian T. McGorisk
Plunkett Cooney
111 E. Court St., Ste. 1B
Flint, MI 48502-1698
810-342-7005
bmcgorisk@plunkettcooney.com

63.   Jackie DeBeau

Upon information and belief this witness is a current agent or employee of Defendant HOM.

c/o David R. Deromedi (P42093)
Angelina Rose Delmastro (P81712)
DICKINSON WRIGHT PLLC
*Attorneys for Defendant*
500 Woodward Ave., Suite 4000

Detroit, MI 48226
(313) 223-3048
dderomedi@dickinsonwright.com
adelmastro@dickinsonwright.com

64.   Kenneth Pituch, MD

Upon information and belief this witness is a current or former agent or
employee of Defendant HOM, and Defendants would have the best available
contact information for this witness.

65.   Tracey Piecer

Contact information unknown

66.   Doria Heap

Upon information and belief this witness is a current agent or employee of
Defendant HOM.

c/o David R. Deromedi (P42093)
Angelina Rose Delmastro (P81712)
DICKINSON WRIGHT PLLC
*Attorneys for Defendant*
500 Woodward Ave., Suite 4000
Detroit, MI 48226
(313) 223-3048
dderomedi@dickinsonwright.com
adelmastro@dickinsonwright.com

67.   Lucy M. Vail

Upon information and belief this witness is a current or former agent or
employee of Defendant HOM, and Defendants would have the best available
contact information for this witness.

20

68.   John Maurer, MD

Upon information and belief this witness is a current agent or employee of Defendant HOM.

c/o David R. Deromedi (P42093)
Angelina Rose Delmastro (P81712)
DICKINSON WRIGHT PLLC
*Attorneys for Defendant*
500 Woodward Ave., Suite 4000
Detroit, MI 48226
(313) 223-3048
dderomedi@dickinsonwright.com
adelmastro@dickinsonwright.com

69.   Sandra Walter, RN

Upon information and belief this witness is a current or former agent or employee of Defendant HOM, and Defendants would have the best available contact information for this witness.

70.   Linda Miller, RN

Upon information and belief this witness is a current agent or employee of Defendant HOM.

c/o David R. Deromedi (P42093)
Angelina Rose Delmastro (P81712)
DICKINSON WRIGHT PLLC
*Attorneys for Defendant*
500 Woodward Ave., Suite 4000
Detroit, MI 48226
(313) 223-3048
dderomedi@dickinsonwright.com

adelmastro@dickinsonwright.com

71.   Sara Heatlie, CHP, CPC

Upon information and belief this witness is a current agent or employee of

Defendant HOM.

c/o David R. Deromedi (P42093)
Angelina Rose Delmastro (P81712)
DICKINSON WRIGHT PLLC
*Attorneys for Defendant*
500 Woodward Ave., Suite 4000
Detroit, MI 48226
(313) 223-3048
dderomedi@dickinsonwright.com
adelmastro@dickinsonwright.com

72.   Larry Emmons

Upon information and belief this witness is a current agent or employee of

Defendant HOM.

c/o David R. Deromedi (P42093)
Angelina Rose Delmastro (P81712)
DICKINSON WRIGHT PLLC
*Attorneys for Defendant*
500 Woodward Ave., Suite 4000
Detroit, MI 48226
(313) 223-3048
dderomedi@dickinsonwright.com
adelmastro@dickinsonwright.com

73. Carolyn Cassin

   Upon information and belief this witness is a current or former agent or employee of Defendant HOM, and Defendants would have the best available contact information for this witness.

74. Susan Roberts

   Upon information and belief this witness is a current agent or employee of Defendant HOM.

   c/o David R. Deromedi (P42093)
   Angelina Rose Delmastro (P81712)
   DICKINSON WRIGHT PLLC
   *Attorneys for Defendant*
   500 Woodward Ave., Suite 4000
   Detroit, MI 48226
   (313) 223-3048
   dderomedi@dickinsonwright.com
   adelmastro@dickinsonwright.com

75. Terre Herro

   Upon information and belief this witness is a current or former agent or employee of Defendant HOM, and Defendants would have the best available contact information for this witness.

76. Dorothy a/k/a Dottie Deremo

   Upon information and belief this witness is a current or former agent or employee of Defendant HOM, and Defendants would have the best available contact information for this witness.

77.   Monica Bateman

Upon information and belief this witness is a current agent or employee of

Defendant HOM.

c/o David R. Deromedi (P42093)
Angelina Rose Delmastro (P81712)
DICKINSON WRIGHT PLLC
*Attorneys for Defendant*
500 Woodward Ave., Suite 4000
Detroit, MI 48226
(313) 223-3048
dderomedi@dickinsonwright.com
adelmastro@dickinsonwright.com

78.   Lawrence D. Bos, Sr.

Upon information and belief this witness is a current agent or employee of

Defendant HOM.

c/o David R. Deromedi (P42093)
Angelina Rose Delmastro (P81712)
DICKINSON WRIGHT PLLC
*Attorneys for Defendant*
500 Woodward Ave., Suite 4000
Detroit, MI 48226
(313) 223-3048
dderomedi@dickinsonwright.com
adelmastro@dickinsonwright.com

79.   Ruthann Brintnall, PhD

Upon information and belief this witness is a current agent or employee of

Defendant HOM.

c/o David R. Deromedi (P42093)
Angelina Rose Delmastro (P81712)
DICKINSON WRIGHT PLLC
*Attorneys for Defendant*
500 Woodward Ave., Suite 4000
Detroit, MI 48226
(313) 223-3048
dderomedi@dickinsonwright.com
adelmastro@dickinsonwright.com

80.    Brian Connolly

Upon information and belief this witness is a current agent or employee of

Defendant HOM.

c/o David R. Deromedi (P42093)
Angelina Rose Delmastro (P81712)
DICKINSON WRIGHT PLLC
*Attorneys for Defendant*
500 Woodward Ave., Suite 4000
Detroit, MI 48226
(313) 223-3048
dderomedi@dickinsonwright.com
adelmastro@dickinsonwright.com

81.    Michael Damstra

Upon information and belief this witness is a current agent or employee of

Defendant HOM.

c/o David R. Deromedi (P42093)
Angelina Rose Delmastro (P81712)
DICKINSON WRIGHT PLLC
*Attorneys for Defendant*
500 Woodward Ave., Suite 4000
Detroit, MI 48226
(313) 223-3048
dderomedi@dickinsonwright.com

adelmastro@dickinsonwright.com

82.   John Evangelista

Upon information and belief this witness is a current agent or employee of

Defendant HOM.

c/o David R. Deromedi (P42093)
Angelina Rose Delmastro (P81712)
DICKINSON WRIGHT PLLC
*Attorneys for Defendant*
500 Woodward Ave., Suite 4000
Detroit, MI 48226
(313) 223-3048
dderomedi@dickinsonwright.com
adelmastro@dickinsonwright.com

83.   Gerald Fitzgerald

Upon information and belief this witness is a current agent or employee of

Defendant HOM.

c/o David R. Deromedi (P42093)
Angelina Rose Delmastro (P81712)
DICKINSON WRIGHT PLLC
*Attorneys for Defendant*
500 Woodward Ave., Suite 4000
Detroit, MI 48226
(313) 223-3048
dderomedi@dickinsonwright.com
adelmastro@dickinsonwright.com

84.   Sean Guitar

Upon information and belief this witness is a current agent or employee of

Defendant HOM.

c/o David R. Deromedi (P42093)
Angelina Rose Delmastro (P81712)
DICKINSON WRIGHT PLLC
*Attorneys for Defendant*
500 Woodward Ave., Suite 4000
Detroit, MI 48226
(313) 223-3048
dderomedi@dickinsonwright.com
adelmastro@dickinsonwright.com

85.    Richard Laurin

Upon information and belief this witness is a current or former agent or employee of Defendant HOM, and Defendants would have the best available contact information for this witness.

86.    Khan J. Nedd, MD

Upon information and belief this witness is a current agent or employee of Defendant HOM.

c/o David R. Deromedi (P42093)
Angelina Rose Delmastro (P81712)
DICKINSON WRIGHT PLLC
*Attorneys for Defendant*
500 Woodward Ave., Suite 4000
Detroit, MI 48226
(313) 223-3048
dderomedi@dickinsonwright.com
adelmastro@dickinsonwright.com

87.    Mary Sanders

Upon information and belief this witness is a current agent or employee of Defendant HOM.

c/o David R. Deromedi (P42093)
Angelina Rose Delmastro (P81712)
DICKINSON WRIGHT PLLC
*Attorneys for Defendant*
500 Woodward Ave., Suite 4000
Detroit, MI 48226
(313) 223-3048
dderomedi@dickinsonwright.com
adelmastro@dickinsonwright.com

88.   Christpher M. Prisby

Upon information and belief this witness is a current or former agent or employee of Defendant HOM, and Defendants would have the best available contact information for this witness.

89.   Steve Wade

Upon information and belief this witness is a current agent or employee of Defendant HOM.

c/o David R. Deromedi (P42093)
Angelina Rose Delmastro (P81712)
DICKINSON WRIGHT PLLC
*Attorneys for Defendant*
500 Woodward Ave., Suite 4000
Detroit, MI 48226
(313) 223-3048
dderomedi@dickinsonwright.com
adelmastro@dickinsonwright.com

90.   Margaret Allesee

Contact information unknown

91.   Jane Hamersma

Contact information unknown

92.   Eric Canvasser

Upon information and belief this witness is a current agent or employee of

Defendant HOM.

c/o David R. Deromedi (P42093)
Angelina Rose Delmastro (P81712)
DICKINSON WRIGHT PLLC
*Attorneys for Defendant*
500 Woodward Ave., Suite 4000
Detroit, MI 48226
(313) 223-3048
dderomedi@dickinsonwright.com
adelmastro@dickinsonwright.com

93.   Jordan Carson

Upon information and belief this witness is a current agent or employee of

Defendant HOM.

c/o David R. Deromedi (P42093)
Angelina Rose Delmastro (P81712)
DICKINSON WRIGHT PLLC
*Attorneys for Defendant*
500 Woodward Ave., Suite 4000
Detroit, MI 48226
(313) 223-3048
dderomedi@dickinsonwright.com
adelmastro@dickinsonwright.com

94.   LeeAnn Clay

Upon information and belief this witness is a current agent or employee of

Defendant HOM.

c/o David R. Deromedi (P42093)
Angelina Rose Delmastro (P81712)
DICKINSON WRIGHT PLLC
*Attorneys for Defendant*
500 Woodward Ave., Suite 4000
Detroit, MI 48226
(313) 223-3048
dderomedi@dickinsonwright.com
adelmastro@dickinsonwright.com

95.   Ryan Duffy

Upon information and belief this witness is a current agent or employee of

Defendant HOM.

c/o David R. Deromedi (P42093)
Angelina Rose Delmastro (P81712)
DICKINSON WRIGHT PLLC
*Attorneys for Defendant*
500 Woodward Ave., Suite 4000
Detroit, MI 48226
(313) 223-3048
dderomedi@dickinsonwright.com
adelmastro@dickinsonwright.com

96.   James Fahner, MD

Upon information and belief this witness is a current agent or employee of

Defendant HOM.

c/o David R. Deromedi (P42093)
Angelina Rose Delmastro (P81712)

DICKINSON WRIGHT PLLC
*Attorneys for Defendant*
500 Woodward Ave., Suite 4000
Detroit, MI 48226
(313) 223-3048
dderomedi@dickinsonwright.com
adelmastro@dickinsonwright.com

97.    Alice Hughes Forresst, LMSW

Contact information unknown

98.    Robert Gillette

Upon information and belief this witness is a current or former agent or employee of Defendant HOM, and Defendants would have the best available contact information for this witness.

99.    Kathleen Griffiths, MSW, MPA

Contact information unknown

100.    Jason Hover

Contact information unknown

101.    Joseph M. Infante

Upon information and belief this witness is a current agent or employee of Defendant HOM.

c/o David R. Deromedi (P42093)
Angelina Rose Delmastro (P81712)
DICKINSON WRIGHT PLLC
*Attorneys for Defendant*
500 Woodward Ave., Suite 4000
Detroit, MI 48226

(313) 223-3048
dderomedi@dickinsonwright.com
adelmastro@dickinsonwright.com

102.  Melissa Jagst, CPA

Upon information and belief this witness is a current agent or employee of

Defendant HOM.

c/o David R. Deromedi (P42093)
Angelina Rose Delmastro (P81712)
DICKINSON WRIGHT PLLC
*Attorneys for Defendant*
500 Woodward Ave., Suite 4000
Detroit, MI 48226
(313) 223-3048
dderomedi@dickinsonwright.com
adelmastro@dickinsonwright.com

103.  Patricia Adanti-Joy

Contact information unknown

104.  Mike McCarthy, CPA, CFP, MST

Upon information and belief this witness is a current agent or employee of

Defendant HOM.

c/o David R. Deromedi (P42093)
Angelina Rose Delmastro (P81712)
DICKINSON WRIGHT PLLC
*Attorneys for Defendant*
500 Woodward Ave., Suite 4000
Detroit, MI 48226
(313) 223-3048
dderomedi@dickinsonwright.com
adelmastro@dickinsonwright.com

105.   David Morrison

Upon information and belief this witness is a current agent or employee of

Defendant HOM.

c/o David R. Deromedi (P42093)
Angelina Rose Delmastro (P81712)
DICKINSON WRIGHT PLLC
*Attorneys for Defendant*
500 Woodward Ave., Suite 4000
Detroit, MI 48226
(313) 223-3048
dderomedi@dickinsonwright.com
adelmastro@dickinsonwright.com

106.   Nancy Philippart

Upon information and belief this witness is a current agent or employee of

Defendant HOM.

c/o David R. Deromedi (P42093)
Angelina Rose Delmastro (P81712)
DICKINSON WRIGHT PLLC
*Attorneys for Defendant*
500 Woodward Ave., Suite 4000
Detroit, MI 48226
(313) 223-3048
dderomedi@dickinsonwright.com
adelmastro@dickinsonwright.com

107.   Marc Rosenthal

Upon information and belief this witness is a current agent or employee of

Defendant HOM.

c/o David R. Deromedi (P42093)
Angelina Rose Delmastro (P81712)

DICKINSON WRIGHT PLLC
*Attorneys for Defendant*
500 Woodward Ave., Suite 4000
Detroit, MI 48226
(313) 223-3048
dderomedi@dickinsonwright.com
adelmastro@dickinsonwright.com

108.  Michael TerHorst

Contact information unknown

109.  Deborah Bratkovich Thompson

Upon information and belief this witness is a current agent or employee of

Defendant HOM.

c/o David R. Deromedi (P42093)
Angelina Rose Delmastro (P81712)
DICKINSON WRIGHT PLLC
*Attorneys for Defendant*
500 Woodward Ave., Suite 4000
Detroit, MI 48226
(313) 223-3048
dderomedi@dickinsonwright.com
adelmastro@dickinsonwright.com

110.  Brad Killaly

Contact information unknown

111.  Mary Jo Smith

Contact information unknown

112.  Carolina Typaldos

Contact information unknown

113.   Carol Miller

Upon information and belief this witness is a current or former agent or employee of Defendant HOM, and Defendants would have the best available contact information for this witness.

114.   Patricia Davis, RN

Upon information and belief this witness is a current or former agent or employee of Defendant HOM, and Defendants would have the best available contact information for this witness.

115.   Anette Briggs

Upon information and belief this witness is a current or former agent or employee of Defendant HOM, and Defendants would have the best available contact information for this witness.

116.   Lindsay Dupie, BBA

Upon information and belief this witness is a current agent or employee of Defendant HOM.

c/o David R. Deromedi (P42093)
Angelina Rose Delmastro (P81712)
DICKINSON WRIGHT PLLC
*Attorneys for Defendant*
500 Woodward Ave., Suite 4000
Detroit, MI 48226
(313) 223-3048
dderomedi@dickinsonwright.com
adelmastro@dickinsonwright.com

117. Linda a/k/a Lin M. Rider, RN

Upon information and belief this witness is a current agent or employee of

Defendant HOM.

c/o David R. Deromedi (P42093)
Angelina Rose Delmastro (P81712)
DICKINSON WRIGHT PLLC
*Attorneys for Defendant*
500 Woodward Ave., Suite 4000
Detroit, MI 48226
(313) 223-3048
dderomedi@dickinsonwright.com
adelmastro@dickinsonwright.com

118. Patricia Keefer, MD

Upon information and belief this witness is a current agent or employee of

Defendant HOM.

c/o David R. Deromedi (P42093)
Angelina Rose Delmastro (P81712)
DICKINSON WRIGHT PLLC
*Attorneys for Defendant*
500 Woodward Ave., Suite 4000
Detroit, MI 48226
(313) 223-3048
dderomedi@dickinsonwright.com
adelmastro@dickinsonwright.com

119. Adam Marks, MD

Upon information and belief this witness is a current or former agent or

employee of Defendant HOM, and Defendants would have the best available

contact information for this witness.

120. Karen Musolf, MD

Upon information and belief this witness is a current or former agent or employee of Defendant HOM, and Defendants would have the best available contact information for this witness.

121. Sabrina Hill

Upon information and belief this witness is a current or former agent or employee of Defendant HOM, and Defendants would have the best available contact information for this witness.

122. Sabrina White

Contact information unknown

123. Michael Jasperson

Upon information and belief this witness is a current or former agent or employee of Defendant HOM, and Defendants would have the best available contact information for this witness.

124. Karen Beck

Upon information and belief this witness is a current or former agent or employee of Defendant HOM, and Defendants would have the best available contact information for this witness.

125. Steve Larkin

Upon information and belief this witness is a current or former agent or employee of Defendant HOM, and Defendants would have the best available contact information for this witness.

126. Sandra Fluellen

Upon information and belief this witness is a current or former agent or employee of Defendant HOM, and Defendants would have the best available contact information for this witness.

127. Gina Norman

Contact information unknown

128. Paula Crancer

Contact information unknown

129. Ryan Warwick

Contact information unknown

130. Karen McCombs

Contact information unknown

131. Christopher Schmid

Contact information unknown

132. Kathryn Doherty

Contact information unknown

133. Kimberly Marsh

    Contact information unknown

134. Paul Nicosia

    Contact information unknown

135. Erin Drotos

    Upon information and belief this witness is a current agent or employee of

    Defendant HOM.

    c/o David R. Deromedi (P42093)
    Angelina Rose Delmastro (P81712)
    DICKINSON WRIGHT PLLC
    *Attorneys for Defendant*
    500 Woodward Ave., Suite 4000
    Detroit, MI 48226
    (313) 223-3048
    dderomedi@dickinsonwright.com
    adelmastro@dickinsonwright.com

136. Allison Drake

    Contact information unknown

137. Danielle Knight

    Contact information unknown

138. Bonnie Desmond

    Contact information unknown

139.   Allison Crowder

Upon information and belief this witness is a current agent or employee of

Defendant HOM.

c/o David R. Deromedi (P42093)
Angelina Rose Delmastro (P81712)
DICKINSON WRIGHT PLLC
*Attorneys for Defendant*
500 Woodward Ave., Suite 4000
Detroit, MI 48226
(313) 223-3048
dderomedi@dickinsonwright.com
adelmastro@dickinsonwright.com

140.   Barbara Haddad, LSW

Upon information and belief this witness is a current agent or employee of

JHCN.

c/o Brian T. McGorisk
Plunkett Cooney
111 E. Court St., Ste. 1B
Flint, MI 48502-1698
810-342-7005
bmcgorisk@plunkettcooney.com

141.   Rabbi Hershel H. Klainberg

Upon information and belief this witness is a current agent or employee of

JHCN. Upon information and belief JHCN is represented by:

c/o Brian T. McGorisk
Plunkett Cooney
111 E. Court St., Ste. 1B
Flint, MI 48502-1698
810-342-7005

bmcgorisk@plunkettcooney.com

142. Rabbi A. Irving Schnipper

Upon information and belief this witness is a current agent or employee of

JHCN. Upon information and belief JHCN is represented by:

c/o Brian T. McGorisk
Plunkett Cooney
111 E. Court St., Ste. 1B
Flint, MI 48502-1698
810-342-7005
bmcgorisk@plunkettcooney.com

143. Rabbi Avie Z. Shapiro

Upon information and belief this witness is a current agent or employee of

JHCN. Upon information and belief JHCN is represented by:

c/o Brian T. McGorisk
Plunkett Cooney
111 E. Court St., Ste. 1B
Flint, MI 48502-1698
810-342-7005
bmcgorisk@plunkettcooney.com

144. Megan Topper

Upon information and belief this witness is a current agent or employee of

JHCN. Upon information and belief JHCN is represented by:

c/o Brian T. McGorisk
Plunkett Cooney
111 E. Court St., Ste. 1B
Flint, MI 48502-1698
810-342-7005
bmcgorisk@plunkettcooney.com

145. Cheryl Weiss

Upon information and belief this witness is a current agent or employee of

JHCN. Upon information and belief JHCN is represented by:

c/o Brian T. McGorisk
Plunkett Cooney
111 E. Court St., Ste. 1B
Flint, MI 48502-1698
810-342-7005
bmcgorisk@plunkettcooney.com

146. Susan Lazar

Upon information and belief this witness is a current agent or employee of

JHCN. Upon information and belief JHCN is represented by:

c/o Brian T. McGorisk
Plunkett Cooney
111 E. Court St., Ste. 1B
Flint, MI 48502-1698
810-342-7005
bmcgorisk@plunkettcooney.com

147. Thomas O'Neil, MD

Upon information and belief this witness is a current agent or employee of

Defendant HOM.

c/o David R. Deromedi (P42093)
Angelina Rose Delmastro (P81712)
DICKINSON WRIGHT PLLC
*Attorneys for Defendant*
500 Woodward Ave., Suite 4000
Detroit, MI 48226
(313) 223-3048
dderomedi@dickinsonwright.com

adelmastro@dickinsonwright.com

148.  Gary Torgow

Contact information unknown

149.  Eli Halpern

Contact information unknown

150.  Monique Selby

Contact information unknown

151.  Barbara Nailan

Upon information and belief this witness is a current or former agent or employee of Defendant HOM, and Defendants would have the best available contact information for this witness.

152.  Amanda Alrick

Upon information and belief this witness is a current or former agent or employee of Defendant HOM, and Defendants would have the best available contact information for this witness.

153.  Dianne Stabnick

Contact information unknown

154.  Brian Bailey

Upon information and belief this witness is a current agent or employee of Defendant HOM.

c/o David R. Deromedi (P42093)
Angelina Rose Delmastro (P81712)
DICKINSON WRIGHT PLLC
*Attorneys for Defendant*
500 Woodward Ave., Suite 4000
Detroit, MI 48226
(313) 223-3048
dderomedi@dickinsonwright.com
adelmastro@dickinsonwright.com

155.   Current or former agents or employees or affiliates of Defendant Hospice of

Michigan, Inc., and its current or former agents, officers, directors, or Board

members, volunteers, joint employers, or agents/contractors, not otherwise

identified above, but may be identified during the course of discovery, which

is ongoing.

c/o David R. Deromedi (P42093)
Angelina Rose Delmastro (P81712)
DICKINSON WRIGHT PLLC
*Attorneys for Defendant*
500 Woodward Ave., Suite 4000
Detroit, MI 48226
(313) 223-3048
dderomedi@dickinsonwright.com
adelmastro@dickinsonwright.com

156.   Current or former agents or employees or affiliates of Jewish Hospice

Jewish Hospice & Chaplaincy Network, a/k/a Working Together, and its

current or former agents, officers, directors, or Board members, volunteers,

joint employers, or agents/contractors, not otherwise identified above, but

may be identified during the course of discovery, which is ongoing.

c/o Brian McGorisk
Plunkett Cooney
Plaza One Financial Center
111 East Court Street, Suite 1B
Flint, MI 48502
(810) 342-7004
bmcgorisk@plunkettcooney.com

157.  Deremo Group and its current or former agents, officers, directors, or Board

members, volunteers, joint employers, or agents/contractors.

158.  Family and friends of Plaintiff.

159.  All individuals identified in any party's initial disclosures.

160.  All individuals identified in any party's witness list(s).

161.  Any and all experts identified in this matter.

162.  All individuals or entities identified or referred to on any documents

exchanged in this matter by any party, or referenced in any deposition.

163.  All necessary rebuttal witnesses.

164.  All necessary impeachment witnesses.

165.  Custodians and/or recordkeepers for documents exchanged in discovery.

**Expert Witness**

166.  Stephen Lee
Stephen Lee Law
Rookery Building
209 S. LaSalle Street, Suite 950
Chicago, IL 60604
(312) 436-1790
slee@stephenleelaw.com

Plaintiff reserves the right to amend his witness list and to add witnesses as they become known through the discovery process.

Respectfully submitted,

Dated: January 19, 2024

/s/ Sarah S. Prescott
Sarah S. Prescott (P70510)
Annemarie Smith-Morris (P87221)
SALVATORE PRESCOTT
PORTER & PORTER, PLLC
*Attorneys for Plaintiff*
105 East Main Street
Northville, MI 48167
(248) 679-8711
prescott@sppplaw.com
smith-morris@sppplaw.com

and

Kenneth M. Mogill (P17865)
MOGILL, POSNER & COHEN
*Attorneys for Plaintiff*
27 E. Flint St., 2nd Floor
Lake Orion, MI 48362
(248) 814-9470
kmogill@bignet.net

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 19, 2024, I e-filed the foregoing document with the Clerk of the Court via the Court's electronic filing system, which will serve a notice of electronic filing and copy of the same to all counsel of record.

Dated:  January 19, 2024 /s/ Tara L. Lank

Tara L. Lank, Legal Secretary