UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY PARRY,

        Plaintiff,

v.

HOSPICE OF MICHIGAN, INC., *a*
United States District Chief
*Michigan non-profit corporation*, et al.

        Defendants.

Case No. 2:22-cv-11328-DPH-DRG

Hon. Denise Page Hood
Mag. Hon. David R. Grand

---

| | |
|---|---|
| Sarah S. Prescott (P70510)<br>Annemarie Smith-Morris (IL 6336786)<br>SALVATORE PRESCOTT<br>PORTER & PORTER, PLLC<br>*Attorneys for Plaintiff*<br>105 East Main Street<br>Northville, MI 48167<br>(248) 679-8711<br>prescott@spplaw.com<br>smith-morris@spplaw.com<br><br>Kenneth M. Mogill (P17865)<br>MOGILL, POSNER & COHEN<br>*Attorneys for Plaintiff*<br>27 E. Flint St., 2nd Floor<br>Lake Orion, MI 48362<br>(248) 814-9470<br>kmogill@bignet.net | David R. Deromedi (P42093)<br>Angelina Rose Delmastro (P81712)<br>DICKINSON WRIGHT PLLC<br>*Attorneys for Defendants*<br>500 Woodward Ave., Suite 4000<br>Detroit, MI 48226<br>(313) 223-3048<br>dderomedi@dickinsonwright.com<br>adelmastro@dickinsonwright.com |

---

## **PROPOSED STIPULATED ORDER**

This matter comes before the Court upon stipulation of the parties. The parties are attempting to work through various discovery matters, including discovery

regarding third-parties. As a result, the parties have determined that they need additional time to complete fact and expert discovery, as well as an extension of additional deadlines as outlined below.

**WHEREFORE, IT IS HEREBY ORDERED** that the deadlines set by the Court in its Scheduling Order (ECF No. 38, PageID.400) and additional deadlines are extended by the Court as follows:

| **Deadline** | **Previous Deadline** | **New Deadline** |
|---|---|---|
| Rule 26 Initial Disclosures | December 1, 2023 | No change |
| Witness Lists Exchanged | January 19, 2024 | No change |
| Discovery Cutoff (all discovery responses due) | March 1, 2024 | April 22, 2024 |
| Dispositive Motion Cutoff | April 1, 2024 | May 20, 2024 |
| Joint Final Pretrial Statements, Trial Briefs, Motions in Limine | To be Scheduled | To be Scheduled |
| Final Pretrial Conference | To be Scheduled | To be Scheduled |
| Trial Date | To be Scheduled | To be Scheduled |

**IT IS SO ORDERED.**

| | |
|---|---|
| Dated: 2/27/24 | s/David R. Grand |
| | Hon. David R. Grand<br>United States District Chief<br>Magistrate Judge |

**Stipulated and Approved for Entry:**

/s/ Annemarie Smith-Morris     /s/ David R. Deromedi (w/ authorization)

Annemarie Smith-Morris (IL 6336786)
Sarah S. Prescott (P70510)
SALVATORE PRESCOTT
PORTER & PORTER, PLLC
*Attorneys for Plaintiff*
105 East Main Street
Northville, MI 48167
(248) 679-8711
prescott@sppplaw.com
smith-morris@sppplaw.com

and

Kenneth M. Mogill (P17865)
MOGILL, POSNER & COHEN
*Attorneys for Plaintiff*
27 E. Flint St., 2nd Floor
Lake Orion, MI 48362
(248) 814-9470
kmogill@bignet.net

Dated: February 27, 2024

David R. Deromedi (P42093)
Angelina Rose Delmastro (P81712)
DICKINSON WRIGHT PLLC
*Attorneys for Defendants*
500 Woodward Ave., Suite 4000
Detroit, MI 48226
(313) 223-3048
dderomedi@dickinsonwright.com
adelmastro@dickinsonwright.com

Dated:  February 27, 2024