# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

GREGORY PARRY,

      Plaintiff,

v.

HOSPICE OF MICHIGAN, INC., *a Michigan non-profit corporation*, et al.

      Defendants.

Case No. 2:22-cv-11328-DPH-DRG

Hon. Denise Page Hood

---

| | |
|---|---|
| Sarah S. Prescott (P70510)<br>Annemarie Smith-Morris (P87221)<br>SALVATORE PRESCOTT PORTER & PORTER, PLLC<br>*Attorneys for Plaintiff*<br>105 East Main Street<br>Northville, MI 48167<br>(248) 679-8711<br>prescott@spplaw.com<br>smith-morris@spplaw.com<br><br>Kenneth M. Mogill (P17865)<br>MOGILL, POSNER & COHEN<br>*Attorneys for Plaintiff*<br>27 E. Flint St., 2nd Floor<br>Lake Orion, MI 48362<br>(248) 814-9470<br>kmogill@bignet.net | David R. Deromedi (P42093)<br>Angelina Rose Delmastro (P81712)<br>DICKINSON WRIGHT PLLC<br>*Attorneys for Defendant*<br>500 Woodward Ave., Suite 4000<br>Detroit, MI 48226<br>(313) 223-3048<br>dderomedi@dickinsonwright.com<br>adelmastro@dickinsonwright.com |

---

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION TO DISQUALIFY COUNSEL FOR INDIVIDUAL DEFENDANTS**

Plaintiff Gregory Parry, by and through his attorneys, Salvatore Prescott Porter and Porter, PLLC, files the following Notice of Withdrawal of his Motion to Disqualify Counsel for Individual Defendants (ECF No. 14, PageID.110-124):

PLEASE TAKE NOTICE that Plaintiff hereby withdraws his Motion to Disqualify Counsel for Individual Defendants (ECF No. 14, PageID.110-124) based on mootness.  Defendants concur in the withdrawal and waive any right to seek recovery of the costs they have incurred in responding.

                        Respectfully submitted,

Dated: June 5, 2024           /s/ Sarah S. Prescott
Sarah S. Prescott (P70510)
Annemarie Smith-Morris (P87221)
SALVATORE PRESCOTT
PORTER & PORTER, PLLC
*Attorneys for Plaintiff*
105 East Main Street
Northville, MI 48167
(248) 679-8711
prescott@sppplaw.com
smith-morris@sppplaw.com

and

Kenneth M. Mogill (P17865)
MOGILL, POSNER & COHEN
*Attorneys for Plaintiff*
27 E. Flint St., 2nd Floor
Lake Orion, MI 48362
(248) 814-9470
kmogill@bignet.net

2

## **CERTIFICATE OF SERVICE**

    I hereby certify that on June 5, 2024, I e-filed the foregoing document with the Clerk of the Court via the Court's electronic filing system, which will serve a notice of electronic filing and copy of the same to all counsel of record.

Dated:  June 5, 2024                  /s/ Annemarie Smith-Morris
                                          Annemarie Smith-Morris, Attorney