UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY PARRY,

        Plaintiff,                        Case No. 22-11328

v.                                        Hon. Denise Page Hood

HOSPICE OF MICHIGAN, INC.,

        Defendant.

_____/

**ORDER WITHDRAWING MOTION TO DISMISS (#6),
MOOTING EX PARTE MOTION FOR LEAVE TO
FILE SUR-REPLY (#45),
GRANTING MOTION FOR MISCELLANEOUS RELIEF (#48)
AND SETTING DATES**

      In its August 9, 2024 Response, Defendant withdrew its Motion to Dismiss Partially Plaintiff's First Amended Complaint.  (ECF No. 47) The Court grants Defendant's withdrawal of its motion, which makes Plaintiff's Ex Parte Motion for Leave to File Sur-Reply moot.  (ECF No. 45)  Plaintiff has now filed a Motion for Miscellaneous Relief to set a status conference in this matter indicating discovery is closed and the mediation was unsuccessful.  The Magistrate Judge issued a Certification of Completion of Pretrial Proceedings.  (ECF No. 44)

      Accordingly,

      IT IS ORDERED that Defendant's Motion to Dismiss Partially Plaintiff's First Amended Complaint **(ECF No. 6)** is WITHDRAWN.  The issues raised in

the motion are preserved for trial.

IT IS FURTHER ORDERED that Plaintiff's Ex Parte Motion for Leave to File Sur-Reply **(ECF No. 45)** is rendered MOOT.

IT IS FURTHER ORDERED that Plaintiff's Motion for Miscellaneous Relief to set a status conference and trial dates **(ECF No. 48)** is GRANTED. The following dates govern this matter:

| | |
|---|---|
| The proposed Joint Final Pretrial Order (see LR 16.2) must be submitted by and Motions in Limine must be filed by: | Oct. 21, 2024 |
| The Final Pretrial Conference is set for: (All parties with authority to settle must appear) | Oct. 29, 2024, 2:00 pm |
| The Trial is set for: | Nov. 19, 2024, 9:30 a.m. |

                                                s/Denise Page Hood
                                                United States District Judge

Dated:   September 12, 2024