UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY PARRY,

      Plaintiff,

v.

HOSPICE OF MICHIGAN, INC., *a Michigan non-profit corporation*, et al.

      Defendants.

Case No. 2:22-cv-11328-DPH-DRG

Hon. Denise Page Hood

---

**INDEX OF EXHIBITS TO
PLAINTIFF'S RESPONSE BRIEF IN OPPOSITION TO DEFENDANTS'
MOTION *IN LIMINE* TO EXCLUDE PLAINTIFF'S UNAUTHORIZED
AUDIO RECORDINGS (ECF NO. 53)**

| Exhibit | Description |
|---|---|
| A. | Miller Dep. Tr. |
| B. | Parry Dep. Tr. |
| C. | 2010 Freedman Contract |
| D. | OIG Conditions of Participation |
| E. | Heatlie Dep. Tr. |
| F. | Tape 1 Transcript |
| G. | 5/3/21 Miller Email |
| H. | Cahill Dep. Tr. |
| I. | Myers Dep. Tr. |
| J. | Rosenfield Dep. Tr. |

| | |
|---|---|
| **K.** | Freedman Dep. Tr. |
| **L.** | Freedman Invoice Exemplars |
| **M.** | SCA Fair Market Value |
| **N.** | Agreement for Jewish Family Services of Washtenaw County Inc. |
| **O.** | Rosenfield Status Change Forms |
| **P.** | ROI Document |
| **Q.** | 2/3/21 Miller Email to Parry |
| **R.** | Tape 2 Transcript |
| **S.** | Defendants' Bates 773 |
| **T.** | Defendants' Bates 1735 |
| **U.** | Defendants' Bates 11101 |
| **V.** | Defendants' Privilege Log |
| **W.** | Email Serving Tapes |
| **X.** | S. Prescott Declaration |
| **Y.** | Intentionally excluded |
| **Z.** | Intentionally excluded |
| **AA.** | Intentionally excluded |
| **BB.** | Intentionally excluded |
| **CC.** | Defs' JFPTO Exhibits Combined (i.e., Plaintiff's Exs. 100, 89 (in part), 83, 102, 104, 103, 105, 106) |
| **DD.** | Exhibit 7 to Parry Dep. |
| **EE.** | HOM IT Invoice Documents to JHCN |
| **FF.** | Unpublished Case Law |

3

| | |
|---|---|
| **GG.** | Recording 3 Transcript |