# EXHIBIT L

# Rabbi E.B. Freedman
## Consulting Services
Cell: (248) 613-8846
Email: [ HYPERLINK "mailto:rabbibunni@gmail.com" ]

| **Home** | **Office** |
|---|---|
| 14640 Sherwood Court | 6555 West Maple Road |
| Oak Park, MI 48237 | West Bloomfield, MI 48322 |
| Phone: (248) 967-2471 | Phone: (248) 592-2687 |
| Fax: (248) 967-9471 | Fax: (248) 592-2688 |

*Statement for Contract Services Provided By Rabbi E.B. Freedman*

June 1, 2010

**To:**                    Hospice of Michigan
                           400 Mack Ave.
                           Detroit, MI 48201
                           Attention: Steve Larkin

**Re:**                    Services provided for the month from May 1st – May 31st 2010

**Total Hours:**           80 hours for Month of May

**Consulting Fee:**        $3,875.00

*Services Provided:*

A.    Coordination of spiritual and pastoral care to all HOM Jewish patients in southeastern Michigan by Rabbi Freedman, Jewish Hospice & Chaplaincy Network chaplains, and pulpit Rabbis.

B.    Facilitating and organizing access for HOM's Jewish patients to all social service agencies and volunteer services available in southeastern Michigan.

C.    Providing ongoing guidance, support and educations to HOM administrative staff and caring team to meet the ritual and cultural needs of all Jewish patients.

D.    Helping Hospice of Michigan position itself as a premier provider of hospice services to the Jewish community.

## Please make checks payable to Rabbi E.B. Freedman

# Rabbi E.B. Freedman
## Consulting Services
Cell: (248) 613-8846
Email: [ HYPERLINK "mailto:rabbibunni@gmail.com" ]

| **Home** | **Office** |
|---|---|
| 14640 Sherwood Court | 6555 West Maple Road |
| Oak Park, MI 48237 | West Bloomfield, MI 48322 |
| Phone: (248) 967-2471 | Phone: (248) 592-2687 |
| Fax: (248) 967-9471 | Fax: (248) 592-2688 |

*Statement for Contract Services Provided By Rabbi E.B. Freedman*

July 1, 2019

**To:**            Hospice of Michigan
                 400 Mack Ave.
                 Detroit, MI 48201
                 Attention: Patrick Miller

**Re:**            Services provided for the month of June, 2019

**Total Hours:**   80 hours for month of June

**Consulting Fee:**   $3,446.40

*Services Provided:*

A.    Coordination of spiritual and pastoral care to all HOM Jewish patients in southeastern Michigan by Rabbi Freedman, Jewish Hospice & Chaplaincy Network chaplains, and pulpit Rabbis.

B.    Facilitating and organizing access for HOM's Jewish patients to all social service agencies and volunteer services available in southeastern Michigan.

C.    Providing ongoing guidance, support and educations to HOM administrative staff and caring team to meet the ritual and cultural needs of all Jewish patients.

D.    Helping Hospice of Michigan position itself as a premier provider of hospice services to the Jewish community.

## Please make checks payable to Rabbi E.B. Freedman

# Rabbi E.B. Freedman
## Consulting Services
Cell: (248) 613-8846
Email: [ HYPERLINK "mailto:rabbibunni@gmail.com" ]

| **Home** | **Office** |
|---|---|
| 14640 Sherwood Court | 6555 West Maple Road |
| Oak Park, MI 48237 | West Bloomfield, MI 48322 |
| Phone: (248) 967-2471 | Phone: (248) 592-2687 |
| Fax: (248) 967-9471 | Fax: (248) 592-2688 |

*Statement for Contract Services Provided By Rabbi E.B. Freedman*

November 30, 2012

**To:**       Hospice of Michigan
              400 Mack Ave.
              Detroit, MI 48201
              Attention: Patrick Miller

**Re:**       Services provided from November 1st – November 30th 2012

**Total Hours:**    80 hours for month of November

**Consulting Fee:**    $3,446.40

*Services Provided:*

**A.**    Coordination of spiritual and pastoral care to all HOM Jewish patients in southeastern Michigan by Rabbi Freedman, Jewish Hospice & Chaplaincy Network chaplains, and pulpit Rabbis.

**B.**    Facilitating and organizing access for HOM's Jewish patients to all social service agencies and volunteer services available in southeastern Michigan.

**C.**    Providing ongoing guidance, support and educations to HOM administrative staff and caring team to meet the ritual and cultural needs of all Jewish patients.

**D.**    Helping Hospice of Michigan position itself as a premier provider of hospice services to the Jewish community.

## Please make checks payable to Rabbi E.B. Freedman

# Rabbi E.B. Freedman
## Consulting Services
Cell: (248) 613-8846
Email: [ HYPERLINK "mailto:rabbibunni@gmail.com" ]

| **Home** | **Office** |
|---|---|
| 14640 Sherwood Court | 6555 West Maple Road |
| Oak Park, MI 48237 | West Bloomfield, MI 48322 |
| Phone: (248) 967-2471 | Phone: (248) 592-2687 |
| Fax: (248) 967-9471 | Fax: (248) 592-2688 |

*Statement for Contract Services Provided By Rabbi E.B. Freedman*

April 1, 2014

**To:** Hospice of Michigan
400 Mack Ave.
Detroit, MI 48201
Attention: Patrick Miller

**Re:** Services provided from March 1st – March 31st 2014

**Total Hours:** 80 hours for month of March

**Consulting Fee:** $3,446.40

*Services Provided:*

A.   Coordination of spiritual and pastoral care to all HOM Jewish patients in southeastern Michigan by Rabbi Freedman, Jewish Hospice & Chaplaincy Network chaplains, and pulpit Rabbis.

B.   Facilitating and organizing access for HOM's Jewish patients to all social service agencies and volunteer services available in southeastern Michigan.

C.   Providing ongoing guidance, support and educations to HOM administrative staff and caring team to meet the ritual and cultural needs of all Jewish patients.

D.   Helping Hospice of Michigan position itself as a premier provider of hospice services to the Jewish community.

Please make checks payable to Rabbi E.B. Freedman

# Rabbi E.B. Freedman
## Consulting Services
Cell: (248) 613-8846
Email: [ HYPERLINK "mailto:rabbibunni@gmail.com" ]

| **Home** | **Office** |
|---|---|
| 14640 Sherwood Court | 6555 West Maple Road |
| Oak Park, MI 48237 | West Bloomfield, MI 48322 |
| Phone: (248) 967-2471 | Phone: (248) 592-2687 |
| Fax: (248) 967-9471 | Fax: (248) 592-2688 |

*Statement for Contract Services Provided By Rabbi E.B. Freedman*

March 2, 2015

**To:**  Hospice of Michigan
400 Mack Ave.
Detroit, MI 48201
Attention: Patrick Miller

**Re:**  Services provided from February 1st – 28th, 2015

**Total Hours:**  80 hours for month of February

**Consulting Fee:**  $3,446.40

*Services Provided:*

A.  Coordination of spiritual and pastoral care to all HOM Jewish patients in southeastern Michigan by Rabbi Freedman, Jewish Hospice & Chaplaincy Network chaplains, and pulpit Rabbis.

B.  Facilitating and organizing access for HOM's Jewish patients to all social service agencies and volunteer services available in southeastern Michigan.

C.  Providing ongoing guidance, support and educations to HOM administrative staff and caring team to meet the ritual and cultural needs of all Jewish patients.

D.  Helping Hospice of Michigan position itself as a premier provider of hospice services to the Jewish community.

## Please make checks payable to Rabbi E.B. Freedman

# Rabbi E.B. Freedman
## Consulting Services
Cell: (248) 613-8846
Email: [ HYPERLINK "mailto:rabbibunni@gmail.com" ]

**Home**
14640 Sherwood Court
Oak Park, MI 48237
Phone: (248) 967-2471
Fax: (248) 967-9471

**Office**
6555 West Maple Road
West Bloomfield, MI 48322
Phone: (248) 592-2687
Fax: (248) 592-2688

---

*Statement for Contract Services Provided By Rabbi E.B. Freedman*

May 2, 2016

**To:**　　　　　　　　Hospice of Michigan
　　　　　　　　　　400 Mack Ave.
　　　　　　　　　　Detroit, MI 48201
　　　　　　　　　　Attention: Patrick Miller

**Re:**　　　　　　　　Services provided for the month of April, 2016

**Total Hours:**　　　　80 hours for month of April

**Consulting Fee:**　　　$3,446.40

*Services Provided:*

A.　　Coordination of spiritual and pastoral care to all HOM Jewish patients in southeastern Michigan by Rabbi Freedman, Jewish Hospice & Chaplaincy Network chaplains, and pulpit Rabbis.

B.　　Facilitating and organizing access for HOM's Jewish patients to all social service agencies and volunteer services available in southeastern Michigan.

C.　　Providing ongoing guidance, support and educations to HOM administrative staff and caring team to meet the ritual and cultural needs of all Jewish patients.

D.　　Helping Hospice of Michigan position itself as a premier provider of hospice services to the Jewish community.

## Please make checks payable to Rabbi E.B. Freedman

# Rabbi E.B. Freedman
## Consulting Services
Cell: (248) 613-8846
Email: [ HYPERLINK "mailto:rabbibunni@gmail.com" ]

| **Home** | **Office** |
|---|---|
| 14640 Sherwood Court | 6555 West Maple Road |
| Oak Park, MI 48237 | West Bloomfield, MI 48322 |
| Phone: (248) 967-2471 | Phone: (248) 592-2687 |
| Fax: (248) 967-9471 | Fax: (248) 592-2688 |

*Statement for Contract Services Provided By Rabbi E.B. Freedman*

April 3, 2017

**To:**            Hospice of Michigan
                    400 Mack Ave.
                    Detroit, MI 48201
                    Attention: Patrick Miller

**Re:**            Services provided for the month of March, 2017

**Total Hours:**    80 hours for month of March

**Consulting Fee:**    $3,446.40

*Services Provided:*

A.    Coordination of spiritual and pastoral care to all HOM Jewish patients in southeastern Michigan by Rabbi Freedman, Jewish Hospice & Chaplaincy Network chaplains, and pulpit Rabbis.

B.    Facilitating and organizing access for HOM's Jewish patients to all social service agencies and volunteer services available in southeastern Michigan.

C.    Providing ongoing guidance, support and educations to HOM administrative staff and caring team to meet the ritual and cultural needs of all Jewish patients.

D.    Helping Hospice of Michigan position itself as a premier provider of hospice services to the Jewish community.

## Please make checks payable to Rabbi E.B. Freedman

# Rabbi E.B. Freedman
## Consulting Services
Cell: (248) 613-8846
Email: [ HYPERLINK "mailto:rabbibunni@gmail.com" ]

| | |
|---|---|
| **Home** | **Office** |
| 14640 Sherwood Court | 6555 West Maple Road |
| Oak Park, MI 48237 | West Bloomfield, MI 48322 |
| Phone: (248) 967-2471 | Phone: (248) 592-2687 |
| Fax: (248) 967-9471 | Fax: (248) 592-2688 |

*Statement for Contract Services Provided By Rabbi E.B. Freedman*

September 3, 2019

**To:**          Hospice of Michigan
                 400 Mack Ave.
                 Detroit, MI 48201
                 Attention: Patrick Miller

**Re:**          Services provided for the month of August, 2019

**Total Hours:**          80 hours for month of August

**Consulting Fee:**          $3,446.40

*Services Provided:*

A.     Coordination of spiritual and pastoral care to all HOM Jewish patients in southeastern Michigan by Rabbi Freedman, Jewish Hospice & Chaplaincy Network chaplains, and pulpit Rabbis.

B.     Facilitating and organizing access for HOM's Jewish patients to all social service agencies and volunteer services available in southeastern Michigan.

C.     Providing ongoing guidance, support and educations to HOM administrative staff and caring team to meet the ritual and cultural needs of all Jewish patients.

D.     Helping Hospice of Michigan position itself as a premier provider of hospice services to the Jewish community.

## Please make checks payable to Rabbi E.B. Freedman

# Rabbi E.B. Freedman
## Consulting Services
Cell: (248) 613-8846
Email: [ HYPERLINK "mailto:rabbibunni@gmail.com" ]

**Home**

14640 Sherwood Court
Oak Park, MI 48237
Phone: (248) 967-2471
Fax: (248) 967-9471

**Office**

6555 West Maple Road
West Bloomfield, MI 48322
Phone: (248) 592-2687
Fax: (248) 592-2688

---

*Statement for Contract Services Provided By Rabbi E.B. Freedman*

October 2, 2019

**To:**          Hospice of Michigan
                 400 Mack Ave.
                 Detroit, MI 48201
                 Attention: Patrick Miller

**Re:**          Services provided for the month of September, 2019

**Total Hours:**  80 hours for month of September

**Consulting Fee:**  $3,446.40

*Services Provided:*

A.     Coordination of spiritual and pastoral care to all HOM Jewish patients in southeastern
       Michigan by Rabbi Freedman, Jewish Hospice & Chaplaincy Network chaplains, and
       pulpit Rabbis.

B.     Facilitating and organizing access for HOM's Jewish patients to all social service
       agencies and volunteer services available in southeastern Michigan.

C.     Providing ongoing guidance, support and educations to HOM administrative staff and
       caring team to meet the ritual and cultural needs of all Jewish patients.

D.     Helping Hospice of Michigan position itself as a premier provider of hospice services to
       the Jewish community.

## Please make checks payable to Rabbi E.B. Freedman

# Rabbi E.B. Freedman
## Consulting Services
Cell: (248) 613-8846
Email: [ HYPERLINK "mailto:rabbibunni@gmail.com" ]

| **Home** | **Office** |
|---|---|
| 14640 Sherwood Court | 6555 West Maple Road |
| Oak Park, MI 48237 | West Bloomfield, MI 48322 |
| Phone: (248) 967-2471 | Phone: (248) 592-2687 |
| Fax: (248) 967-9471 | Fax: (248) 592-2688 |

*Statement for Contract Services Provided By Rabbi E.B. Freedman*

July 1, 2021

**To:**          Hospice of Michigan
                 400 Mack Ave.
                 Detroit, MI 48201
                 Attention: Patrick Miller

**Re:**          Services provided for the month of June, 2021

**Total Hours:**  80 hours for month of June

**Consulting Fee:**  $3,446.40

*Services Provided:*

A.    Coordination of spiritual and pastoral care to all HOM Jewish patients in southeastern
      Michigan by Rabbi Freedman, Jewish Hospice & Chaplaincy Network chaplains, and
      pulpit Rabbis.

B.    Facilitating and organizing access for HOM's Jewish patients to all social service
      agencies and volunteer services available in southeastern Michigan.

C.    Providing ongoing guidance, support and educations to HOM administrative staff and
      caring team to meet the ritual and cultural needs of all Jewish patients.

D.    Helping Hospice of Michigan position itself as a premier provider of hospice services to
      the Jewish community.

## Please make checks payable to Rabbi E.B. Freedman

Parry v. HOM – Defs 014809