# EXHIBIT M

**From:** Barbara Gentner [BGentner@HOM.ORG]
**Sent:** 1/12/2024 3:18:47 PM
**To:** Barbara Gentner [BGentner@HOM.ORG]
**Subject:** FW: SCA Comparison, attached
**Attachments:** SCAs 12 16 16.xlsx

---

**From:** "Barbara Gentner" <BGentner@HOM.ORG>
**Date:** 12/16/2016 at 01:19 pm
**To:** "Jeffrey Ratich" <jratich@HOM.ORG>
**Subject:** SCA Comparison, attached

Hi Jeff,

Please review attached spreadsheet. Except for RNs and the Arbor Hospice Aides, we really only addressed employees that were below the range. We hope to get others closer to the full market value as we are financially able.

It's only one source, but I did find some Chaplain market info from Salary.com. (It doesn't appear that ASE has Chaplain data.)

**Chaplain - Healthcare Salaries in Detroit, Michigan**

**Alternate Job Titles:** Chaplain - Healthcare

**What is the average Chaplain - Healthcare salary for Detroit, MI?**

How much does a **Chaplain - Healthcare** in **Detroit, MI** make? The median annual **Chaplain - Healthcare** salary in **Detroit, MI** is **$54,781**, as of November 30, 2016, with a range usually between **$49,358-$60,123** not including bonus and benefit information and other factors that impact base pay. However, the salary for someone with the title **Chaplain - Healthcare** may vary depending on a number of factors including industry, company size, location, years of experience and level of education. Our team of Certified Compensation Professionals has analyzed survey data collected from thousands of HR departments at companies of all sizes and industries to present this range of annual salaries for people with the job title **Chaplain - Healthcare** in **Detroit, MI**.

Thanks.

Regards,

**Barb Gentner, PHR, SHRM-CP** | Sr. Specialist, Human Resources

Hospice of Michigan

400 Mack Avenue

Detroit, MI 48201

***Office: 313-578-6312 | Cell: 313-407-3687 | Fax: 313-578-6390***

*bgentner@hom.org* | *www.hom.org*



| Last Name | First Name | Job Title Description | Hire/Rehire | Location Description | Hourly Rate | Annualized | Comp Ratio | Total YoE | HOM YoS | Pre HOM/ AH YoE | Grade | Minimum | FMV | Maximum | | | | FTE | Structure |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| O'Brien | Mark | Spiritual Care Advisor, Ludington | 06/06/2016 | Ludington | $22.86 | $47,548.80 | .87 | 8.19 | 8.19 | 0 | Grade9 | $19.76 | $26.32 | $32.88 | $41,100.00 | $54,750.00 | $54,750.00 | 1.0 | I |
| Hagan | Rosemary | Spiritual Care Advisor, Trav City | 08/16/2010 | Traverse City | $22.47 | $46,737.60 | .85 | 18.00 | 14.00 | 4 | Grade9 | $19.76 | $26.32 | $32.88 | $41,100.00 | $54,750.00 | $54,750.00 | 0 | I |
| Krause | Kenneth | Spiritual Care Advisor, Big Rapids | 06/11/2012 | Big Rapids | $22.47 | $46,737.60 | .85 | 18.18 | 12.18 | 6 | Grade9 | $19.76 | $26.32 | $32.88 | $41,100.00 | $54,750.00 | $54,750.00 | 0.0 | I |
| White | Ronald | Spiritual Care Advisor, Trav City | 03/02/2009 | Traverse City | $23.00 | $47,840.00 | .87 | 23.46 | 15.46 | 8 | Grade9 | $19.76 | $26.32 | $32.88 | $41,100.00 | $54,750.00 | $54,750.00 | 1 | I |
| Hartman Stuart | Martha | Spiritual Care Advisor, Alpena | 01/19/1999 | Alpena | $22.86 | $47,548.80 | .87 | 27.58 | 25.58 | 2 | Grade9 | $19.76 | $26.32 | $32.88 | $41,100.00 | $54,750.00 | $54,750.00 | 1 | I |
| Ferguson Patton | Kaye | Spiritual Care Advisor, Big Rapids | 02/15/2016 | Big Rapids | $22.86 | $47,548.80 | .87 | 28.50 | 8.50 | 20 | Grade9 | $19.76 | $26.32 | $32.88 | $41,100.00 | $54,750.00 | $54,750.00 | .6 | I |
| Ross | Walter | Spiritual Care Advisor, Cadillac | 08/15/2011 | Cadillac | $22.86 | $47,548.80 | .87 | 30.74 | 13.01 | 17.73 | Grade9 | $19.76 | $26.32 | $32.88 | $41,100.00 | $54,750.00 | $54,750.00 | 1.0 | I |
| Sereno | Joseph | Spiritual Care Advisor, Gaylord | 03/02/2015 | Gaylord | $22.86 | $47,548.80 | .87 | 33.62 | 9.46 | 24.16 | Grade9 | $19.76 | $26.32 | $32.88 | $41,100.00 | $54,750.00 | $54,750.00 | 1.0 | I |
| Sundin | Frances | Spiritual Care Advisor, Alpena | 10/12/2015 | Alpena | $22.86 | $47,548.80 | .87 | 41.84 | 8.84 | 33 | Grade9 | $19.76 | $26.32 | $32.88 | $41,100.00 | $54,750.00 | $54,750.00 | 0.0 | I |
| | | | | | | | | | | | | | | | | | | | |
| Weaver | Michael | Spiritual Care Advisor, Grand Rapids | 09/28/2015 | Grand Rapids | $23.02 | $47,881.60 | .82 | 13.63 | 8.88 | 4.75 | Grade9 | $21.15 | $28.20 | $35.24 | $44,000.00 | $58,650.00 | $58,650.00 | 0.0 | II |
| Lamport | Cheryl | Spiritual Care Advisor, Grand Rapids | 11/26/2001 | Grand Rapids | $23.76 | $49,420.80 | .84 | 32.73 | 22.73 | 10 | Grade9 | $21.15 | $28.20 | $35.24 | $44,000.00 | $58,650.00 | $58,650.00 | 1 | II |
| | | | | | | | | | | | | | | | | | | | |
| Maurer | Raymond | Spiritual Care Advisor - Arbor Hospice | 08/04/2014 | Arbor Hospice | $22.83 | $47,486.40 | .75 | 10.03 | 10.03 | 0 | Grade9 | $22.93 | $30.58 | $38.22 | $47,700.00 | $63,600.00 | $63,600.00 | 1.0 | III |
| Foster | Elizabeth | Spiritual Care Advisor - Arbor Hospice | 06/30/2010 | Arbor Hospice | $22.83 | $47,486.40 | .75 | 14.13 | 14.13 | 0 | Grade9 | $22.93 | $30.58 | $38.22 | $47,700.00 | $63,600.00 | $63,600.00 | 1.0 | III |
| Brokaw | Timothy | Spiritual Care Advisor - Arbor Hospice | 09/12/2005 | Arbor Hospice | $22.83 | $47,486.40 | .75 | 18.93 | 18.93 | 0 | Grade9 | $22.93 | $30.58 | $38.22 | $47,700.00 | $63,600.00 | $63,600.00 | 1.0 | III |
| Smith | Cheryl | Residence - Spiritual Care | 01/22/2001 | Arbor Hospice | $25.76 | $53,580.80 | .84 | 23.57 | 23.57 | 0 | Grade9 | $22.93 | $30.58 | $38.23 | $47,694.40 | $63,606.40 | $63,606.40 | 1.0 | III |
| Jobe Kerwin | Therese | Spiritual Care Advisor, Oakland South | 03/14/2011 | Oakland South | $25.02 | $52,041.60 | .82 | 16.93 | 13.43 | 3.5 | Grade9 | $22.93 | $30.58 | $38.22 | $47,700.00 | $63,600.00 | $63,600.00 | 1.0 | III |
| Warnshuis | John | Spiritual Care Advisor, Detroit | 02/11/2008 | Detroit | $25.59 | $53,227.20 | .84 | 19.93 | 16.52 | 3.41 | Grade9 | $22.93 | $30.58 | $38.22 | $47,700.00 | $63,600.00 | $63,600.00 | 1 | III |
| Nitchie | Ronald | Spiritual Care Advisor, Ann Arbor | 05/03/2010 | Ann Arbor | $25.59 | $53,227.20 | .84 | 20.37 | 14.29 | 6.08 | Grade9 | $22.93 | $30.58 | $38.22 | $47,700.00 | $63,600.00 | $63,600.00 | 1 | III |
| Easlick | Robert | Spiritual Care Advisor, Macomb | 06/21/2010 | Macomb | $25.21 | $52,436.80 | .82 | 34.16 | 14.16 | 20 | Grade9 | $22.93 | $30.58 | $38.22 | $47,700.00 | $63,600.00 | $63,600.00 | 1 | III |
| Kuykendall | Marie | Spiritual Care Advisor, Oakland North | 12/09/1999 | Oakland North | $25.76 | $53,580.80 | .84 | 34.70 | 24.70 | 10 | Grade9 | $22.93 | $30.58 | $38.22 | $47,700.00 | $63,600.00 | $63,600.00 | 0.0 | III |

| Last Name | First Name | Position | Team | Region | FTE | FTE for Annual Calculations; Ctg = .2 | Hire Date | Term Date |
|---|---|---|---|---|---|---|---|---|
| Lamport | Cheryl | Spiritual Care Advisor | Grand Rapids | SW | 1.0 | 1.0 | 11/26/01 | 07/04/21 |
| Bennink | Mark | Spiritual Care Advisor | Grand Rapids | SW | 1.0 | 1.0 | 07/19/21 | |
| Weaver | Michael | Spiritual Care Advisor | Muskegon | SW | 1.0 | 1.0 | 09/28/15 | |
| Easlick | Robert | Spiritual Care Advisor | Arbor Central | SE | 0.8 | 0.8 | 06/21/10 | |
| Hogans Jr | Robert | Spiritual Care Advisor | Dearborn | SE | 1.0 | 1.0 | 01/17/21 | |
| Foster | Elizabeth | Spiritual Care Advisor | Arbor Hospice | SE | 0.0 | 0.2 | 06/30/10 | 05/09/18 |
| Kuykendall | Marie | Spiritual Care Advisor | Arbor Central | SE | 0.0 | 0.2 | 12/09/99 | 06/10/20 |
| Smith | Cheryl | Spiritual Care Advisor | Arbor Central | SE | 1.0 | 1.0 | 01/22/01 | 05/02/18 |
| Raitz | Mark | Spiritual Care Advisor | Oakland North | SE | 1.0 | 1.0 | 02/21/22 | |
| Brokaw | Timothy | Spiritual Care Advisor | Arbor Western Wa | SE | 1.0 | 1.0 | 09/12/05 | 07/27/19 |
| Maurer | Raymond | Spiritual Care Advisor | Arbor West | SE | 1.0 | 1.0 | 08/04/14 | |
| Waters | Patrick | Spiritual Care Advisor | Arbor Central | SE | 0.0 | 0.2 | 06/18/18 | 07/25/20 |
| Noel | Karen | Spiritual Care Advisor | Oakland South | SE | 0.0 | 0.2 | 08/16/21 | |
| Nitchie | Ronald | Spiritual Care Advisor | Arbor Saline | SE | 1.0 | 1.0 | 05/03/10 | |
| Warnshuis | John | Spiritual Care Advisor | Arbor Western Wa | SE | 1.0 | 1.0 | 02/11/08 | |
| Hampton | Renee | Spiritual Care Advisor | Arbor Central | SE | 0.0 | 0.2 | 03/15/21 | |
| Coffman | Mark | Spiritual Care Advisor | Macomb | SE | 1.0 | 1.0 | 09/09/19 | |
| Imber | Timothy | Spiritual Care Advisor | Macomb | SE | 0.0 | 0.2 | 12/04/17 | 04/06/19 |
| Baird | Rachel | Spiritual Care Advisor | Oakland South | SE | 1.0 | 1.0 | 06/05/17 | |
| Norber | Jennifer | Spiritual Care Advisor | Oakland North | SE | 0.8 | 0.8 | 01/06/20 | 08/04/22 |
| White | Ronald | Spiritual Care Advisor | Traverse City | NO, TC | 1.0 | 1.0 | 03/02/09 | |
| Hagan | Rosemary | Spiritual Care Advisor | Traverse City | NO, TC | 0.0 | 0.2 | 08/16/10 | 09/01/20 |
| Jenks | Diane | Spiritual Care Advisor | Traverse City | NO, TC | 0.5 | 0.5 | 11/16/20 | |
| Sundin | Frances | Spiritual Care Advisor | Alpena | NO | 0.0 | 0.2 | 10/12/15 | 09/14/18 |
| Sereno | Joseph | Spiritual Care Advisor | Gaylord | NO | 1.0 | 1.0 | 03/02/15 | |
| O'brien | Mark | Spiritual Care Advisor | Ludington | NO | 0.6 | 0.6 | 06/06/16 | |
| Ruby | David | Spiritual Care Advisor | Charlevoix | NO | 1.0 | 1.0 | 02/21/22 | |
| Ross | Walter | Spiritual Care Advisor | Cadillac | NO | 1.0 | 1.0 | 08/15/11 | |
| Ferguson Pa | Kaye | Spiritual Care Advisor | Big Rapids | NO | 0.6 | 0.6 | 02/15/16 | 01/29/22 |
| Hartman Stu | Martha | Spiritual Care Advisor | Alpena | NO | 1.0 | 1.0 | 01/19/99 | |
| Hoffman | Laura | Spiritual Care Advisor | Alpena | NO | 0.0 | 0.2 | 01/28/19 | 09/28/19 |
| Krause | Kenneth | Spiritual Care Advisor | Big Rapids | NO | 0.0 | 0.2 | 06/11/12 | 05/23/21 |
| Datema | Steven | Spiritual Care Advisor | Gaylord | NO | 0.0 | 0.2 | 06/04/18 | 01/29/22 |
| Baas | Andrea | Spiritual Care Advisor | Big Rapids | NO | 0.6 | 0.6 | 10/17/22 | |

Rate of Pay Prior to 01/17/18 Increase

| Last Name | First Name | Not Included in 01/07/18 Increase | Calculated Years of Experience as of 01/07/18 | Rate Prior to 1/7/18 Increase | 01/07/18 New Annual (with Contingent = .2 FTE for Calculations) | 01/07/18 New ANNUALIZED (Hourly *2080) |
|---|---|---|---|---|---|---|
| Lamport | Cheryl | | 26.1 | 23.76 | 49,420.80 | 49,420.80 |
| Bennink | Mark | Hired after | | | | |
| Weaver | Michael | | 7.0 | 23.02 | 47,881.60 | 47,881.60 |
| Easlick | Robert | | 27.6 | 25.21 | 41,949.44 | 52,436.80 |
| Hogans Jr | Robert | Hired after | | | | |
| Foster | Elizabeth | | 24.5 | 24.63 | 10,246.08 | 51,230.40 |
| Kuykendall | Marie | | 28.1 | **25.76** | 10,716.16 | 53,580.80 |
| Smith | Cheryl | | 24.0 | **25.76** | 53,580.80 | 53,580.80 |
| Raitz | Mark | Hired after | | | | |
| Brokaw | Timothy | | 22.3 | 24.80 | 51,584.00 | 51,584.00 |
| Maurer | Raymond | | 19.4 | 24.63 | 51,230.40 | 51,230.40 |
| Waters | Patrick | Hired after | | | | |
| Noel | Karen | Hired after | | | | |
| Nitchie | Ronald | | 13.8 | 25.59 | 53,227.20 | 53,227.20 |
| Warnshuis | John | | 13.3 | 25.59 | 53,227.20 | 53,227.20 |
| Hampton | Renee | Hired after | | | | |
| Coffman | Mark | Hired after | | | | |
| Imber | Timothy | | 4.6 | 23.50 | 9,776.00 | 48,880.00 |
| Baird | Rachel | | 4.3 | 23.00 | 47,840.00 | 47,840.00 |
| Norber | Jennifer | Hired after | | | | |
| White | Ronald | | 16.9 | 23.00 | 47,840.00 | 47,840.00 |
| Hagan | Rosemary | | 11.4 | 22.47 | 9,347.52 | 46,737.60 |
| Jenks | Diane | Hired after | | | | |
| Sundin | Frances | | 35.2 | 22.86 | 9,509.76 | 47,548.80 |
| Sereno | Joseph | | 27.0 | 22.86 | 47,548.80 | 47,548.80 |
| O'brien | Mark | | 27.0 | 22.86 | 28,529.28 | 47,548.80 |
| Ruby | David | Hired after | | | | |
| Ross | Walter | | 24.1 | 22.86 | 47,548.80 | 47,548.80 |
| Ferguson Pa | Kaye | | 21.9 | 22.86 | 28,529.28 | 47,548.80 |
| Hartman Stu | Martha | | 21.0 | 22.86 | 47,548.80 | 47,548.80 |
| Hoffman | Laura | Hired after | | | | |
| Krause | Kenneth | | 11.6 | 22.47 | 9,347.52 | 46,737.60 |
| Datema | Steven | Hired after | | | | |
| Baas | Andrea | Hired after | | | | |

01/07/18 Increase

| Last Name | First Name | Not Included in 01/07/18 Increase | Calculated Years of Experience as of 01/07/18 | 01/07/18 increase, new hourly | 01/07/18 New Annual (with Contingent = .2 FTE for Calculations) | 01/07/18 New ANNUALIZED (Hourly *2080) |
|---|---|---|---|---|---|---|
| Lamport | Cheryl | | 26.1 | 24.24 | 50,419.20 | 50,419.20 |
| Bennink | Mark | Hired after | | | | |
| Weaver | Michael | | 7.0 | 23.49 | 48,859.20 | 48,859.20 |
| Easlick | Robert | | 27.6 | 25.72 | 42,798.08 | 53,497.60 |
| Hogans Jr | Robert | Hired after | | | | |
| Foster | Elizabeth | | 24.5 | 26.11 | 10,861.76 | 54,308.80 |
| Kuykendall | Marie | | 28.1 | **26.28** | 10,932.48 | 54,662.40 |
| Smith | Cheryl | | 24.0 | **26.28** | 54,662.40 | 54,662.40 |
| Raitz | Mark | Hired after | | | | |
| Brokaw | Timothy | | 22.3 | 26.28 | 54,662.40 | 54,662.40 |
| Maurer | Raymond | | 19.4 | 26.11 | 54,308.80 | 54,308.80 |
| Waters | Patrick | Hired after | | | | |
| Noel | Karen | Hired after | | | | |
| Nitchie | Ronald | | 13.8 | 26.11 | 54,308.80 | 54,308.80 |
| Warnshuis | John | | 13.3 | 26.11 | 54,308.80 | 54,308.80 |
| Hampton | Renee | Hired after | | | | |
| Coffman | Mark | Hired after | | | | |
| Imber | Timothy | | 4.6 | 23.50 | 9,776.00 | 48,880.00 |
| Baird | Rachel | | 4.3 | 23.46 | 48,796.80 | 48,796.80 |
| Norber | Jennifer | Hired after | | | | |
| White | Ronald | | 16.9 | 23.46 | 48,796.80 | 48,796.80 |
| Hagan | Rosemary | | 11.4 | 22.92 | 9,534.72 | 47,673.60 |
| Jenks | Diane | Hired after | | | | |
| Sundin | Frances | | 35.2 | 23.32 | 9,701.12 | 48,505.60 |
| Sereno | Joseph | | 27.0 | 23.32 | 48,505.60 | 48,505.60 |
| O'brien | Mark | | 27.0 | 23.32 | 29,103.36 | 48,505.60 |
| Ruby | David | Hired after | | | | |
| Ross | Walter | | 24.1 | 23.32 | 48,505.60 | 48,505.60 |
| Ferguson Pa | Kaye | | 21.9 | 23.32 | 29,103.36 | 48,505.60 |
| Hartman Stu | Martha | | 21.0 | 23.32 | 48,505.60 | 48,505.60 |
| Hoffman | Laura | Hired after | | | | |
| Krause | Kenneth | | 11.6 | 22.92 | 9,534.72 | 47,673.60 |
| Datema | Steven | Hired after | | | | |
| Baas | Andrea | Hired after | | | | |

07/07/19 Increase

| Last Name | First Name | Not Included in 07/07/19 Increase | Calculated Years of Experience as of 07/07/19 | 07/07/19 Increase, New Hourly | 07/07/19 New Annual (with Contingent = .2 FTE for Calculations) | 07/07/19 New ANNUALIZED (Hourly *2080) |
|---|---|---|---|---|---|---|
| Lamport | Cheryl | | 27.6 | 24.73 | 51,438.40 | 51,438.40 |
| Bennink | Mark | Hired after | | | | |
| Weaver | Michael | | 8.5 | 23.96 | 49,836.80 | 49,836.80 |
| Easlick | Robert | | 29.0 | 26.24 | 43,663.36 | 54,579.20 |
| Hogans Jr | Robert | Hired after | | | | |
| Foster | Elizabeth | Termed before | | | | |
| Kuykendall | Marie | | 29.6 | 26.81 | 11,152.96 | 55,764.80 |
| Smith | Cheryl | Termed before | | | | |
| Raitz | Mark | Hired after | | | | |
| Brokaw | Timothy | | 23.8 | 26.81 | 55,764.80 | 55,764.80 |
| Maurer | Raymond | | 20.9 | 26.64 | 55,411.20 | 55,411.20 |
| Waters | Patrick | | 20.0 | 26.11 | 10,861.76 | 54,308.80 |
| Noel | Karen | Hired after | | | | |
| Nitchie | Ronald | | 15.3 | 26.64 | 55,411.20 | 55,411.20 |
| Warnshuis | John | | 14.8 | 26.64 | 55,411.20 | 55,411.20 |
| Hampton | Renee | Hired after | | | | |
| Coffman | Mark | Hired after | | | | |
| Imber | Timothy | Termed before | | | | |
| Baird | Rachel | | 5.7 | 23.93 | 49,774.40 | 49,774.40 |
| Norber | Jennifer | Hired after | | 23.84 | | |
| White | Ronald | | 18.4 | 23.93 | 49,774.40 | 49,774.40 |
| Hagan | Rosemary | | 12.9 | 23.38 | 9,726.08 | 48,630.40 |
| Jenks | Diane | Hired after | | | | |
| Sundin | Frances | Termed before | | | | |
| Sereno | Joseph | | 28.5 | 23.79 | 49,483.20 | 49,483.20 |
| O'brien | Mark | | 28.5 | 23.79 | 29,689.92 | 49,483.20 |
| Ruby | David | Hired after | | | | |
| Ross | Walter | | 25.6 | 23.79 | 49,483.20 | 49,483.20 |
| Ferguson Pa | Kaye | | 23.4 | 23.79 | 29,689.92 | 49,483.20 |
| Hartman Stu | Martha | | 22.5 | 23.79 | 49,483.20 | 49,483.20 |
| Hoffman | Laura | | 18.7 | 23.79 | 9,896.64 | 49,483.20 |
| Krause | Kenneth | | 13.1 | 23.38 | 9,726.08 | 48,630.40 |
| Datema | Steven | | 13.0 | 22.92 | 9,534.72 | 47,673.60 |
| Baas | Andrea | Hired after | | | | |

7/11/21 Report

| Last Name | First Name | Reason Not Included on Original 07/11/21 Report | Calculated Years of Experience as of 7/11/21 | Calculated Years of Experience as of 7/11/21 | Original 07/11/21 Report, Hourly | Annual (with Contingent = .2 FTE for Calculations) | ANNUALIZED (Hourly *2080) |
|---|---|---|---|---|---|---|---|
| Lamport | Cheryl | | 29.6 | 29.64 | 24.73 | 51,438.40 | 51,438.40 |
| Bennink | Mark | Hired after | | | | | |
| Weaver | Michael | | 10.5 | 10.54 | 23.96 | 49,836.80 | 49,836.80 |
| Easlick | Robert | | 31.1 | 31.06 | 26.24 | 43,663.36 | 54,579.20 |
| Hogans Jr | Robert | | 29.2 | 29.23 | 26.64 | 55,411.20 | 55,411.20 |
| Foster | Elizabeth | Termed before | | | | | |
| Kuykendall | Marie | Termed before | | | | | |
| Smith | Cheryl | Termed before | | | | | |
| Raitz | Mark | Hired after | | | | | |
| Brokaw | Timothy | Termed before | | | | | |
| Maurer | Raymond | | 22.9 | 22.94 | 26.64 | 55,411.20 | 55,411.20 |
| Waters | Patrick | Termed before | | | | | |
| Noel | Karen | Hired after | | | | | |
| Nitchie | Ronald | | 17.3 | 17.28 | 26.64 | 55,411.20 | 55,411.20 |
| Warnshuis | John | | 16.8 | 16.83 | 26.64 | 55,411.20 | 55,411.20 |
| Hampton | Renee | | 13.6 | 13.57 | 26.64 | 11,082.24 | 55,411.20 |
| Coffman | Mark | | 10.9 | 10.91 | 25.50 | 53,040.00 | 53,040.00 |
| Imber | Timothy | Termed before | | | | | |
| Baird | Rachel | | 7.8 | 7.76 | 23.93 | 49,774.40 | 49,774.40 |
| Norber | Jennifer | | 2.6 | 2.59 | 23.84 | 39,669.76 | 49,587.20 |
| White | Ronald | | 20.4 | 20.37 | 23.93 | 49,774.40 | 49,774.40 |
| Hagan | Rosemary | Termed before | | | | | |
| Jenks | Diane | | 8.6 | 8.65 | 23.38 | 24,315.20 | 48,630.40 |
| Sundin | Frances | Termed before | | | | | |
| Sereno | Joseph | | 30.5 | 30.52 | 23.79 | 49,483.20 | 49,483.20 |
| O'brien | Mark | | 30.5 | 30.51 | 23.79 | 29,689.92 | 49,483.20 |
| Ruby | David | Hired after | | | | | |
| Ross | Walter | | 27.6 | 27.64 | 23.79 | 49,483.20 | 49,483.20 |
| Ferguson Pa | Kaye | | 25.4 | 25.41 | 23.79 | 29,689.92 | 49,483.20 |
| Hartman Stu | Martha | | 24.5 | 24.49 | 23.79 | 49,483.20 | 49,483.20 |
| Hoffman | Laura | Termed before | | | | | |
| Krause | Kenneth | Termed before | | | | | |
| Datema | Steven | | 15.0 | 15.02 | 23.38 | 9,726.08 | 48,630.40 |
| Baas | Andrea | Hired after | | | | | |

09/26/21 Increase

| Last Name | First Name | Not Included in 09/26/21 Increase | Calculated Years of Experience as of 09/26/21 | 09/26/21 Increase, New Hourly | 09/26/21 New Annual (with Contingent = .2 FTE for Calculations) | 09/26/21 New ANNUALIZED (Hourly *2080) |
|---|---|---|---|---|---|---|
| Lamport | Cheryl | Termed before | | | | |
| Bennink | Mark | | 22.8 | 25.48 | 52,998.40 | 52,998.40 |
| Weaver | Michael | | 10.8 | 24.68 | 51,334.40 | 51,334.40 |
| Easlick | Robert | | 31.3 | 27.03 | 44,977.92 | 56,222.40 |
| Hogans Jr | Robert | | 29.4 | 27.44 | 57,075.20 | 57,075.20 |
| Foster | Elizabeth | Termed before | | | | |
| Kuykendall | Marie | Termed before | | | | |
| Smith | Cheryl | Termed before | | | | |
| Raitz | Mark | Hired after | | | | |
| Brokaw | Timothy | Termed before | | | | |
| Maurer | Raymond | | 23.2 | 27.44 | 57,075.20 | 57,075.20 |
| Waters | Patrick | Termed before | | | | |
| Noel | Karen | | 17.6 | 27.44 | 11,415.04 | 57,075.20 |
| Nitchie | Ronald | | 17.5 | 27.44 | 57,075.20 | 57,075.20 |
| Warnshuis | John | | 17.0 | 27.44 | 57,075.20 | 57,075.20 |
| Hampton | Renee | | 13.8 | 27.44 | 11,415.04 | 57,075.20 |
| Coffman | Mark | | 11.1 | 26.27 | 54,641.60 | 54,641.60 |
| Imber | Timothy | Termed before | | | | |
| Baird | Rachel | | 8.0 | 24.65 | 51,272.00 | 51,272.00 |
| Norber | Jennifer | | 2.8 | 24.56 | 40,867.84 | 51,084.80 |
| White | Ronald | | 20.6 | 24.65 | 51,272.00 | 51,272.00 |
| Hagan | Rosemary | Termed before | | | | |
| Jenks | Diane | | 8.9 | 24.09 | 25,053.60 | 50,107.20 |
| Sundin | Frances | Termed before | | | | |
| Sereno | Joseph | | 30.7 | 24.51 | 50,980.80 | 50,980.80 |
| O'brien | Mark | | 30.7 | 24.51 | 30,588.48 | 50,980.80 |
| Ruby | David | Hired after | | | | |
| Ross | Walter | | 27.9 | 24.51 | 50,980.80 | 50,980.80 |
| Ferguson Pa | Kaye | | 25.6 | 24.51 | 30,588.48 | 50,980.80 |
| Hartman Stu | Martha | | 24.7 | 24.51 | 50,980.80 | 50,980.80 |
| Hoffman | Laura | Termed before | | | | |
| Krause | Kenneth | Termed before | | | | |
| Datema | Steven | | 15.2 | 24.09 | 10,021.44 | 50,107.20 |
| Baas | Andrea | Hired after | | | | |

12/20/22 Rate

| Last Name | First Name | Not Included in 12/20/22 Report | Calculated Years of Experience as of 12/20/22 | 12/20/22 Rate | 12/20/22 Annual (with Contingent = .2 FTE for Calculations) | 12/20/22 ANNUALIZED (Hourly *2080) | Total Yrs of Exper as of 01/10/24 | Yrs of Exper prior to HOM | | 12/20/22 | Total Yrs of Exper as of 01/10/24 | HOM YoS (Current EEs, as of 01/10/24) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lamport | Cheryl | Termed before | | | | | 32.1 | 10.00 | | 12/20/22 | 31.1 | 21.1 |
| Bennink | Mark | | 23.99 | 25.48 | 52,998.40 | 52,998.40 | 25.0 | 22.57 | | 12/20/22 | 24.0 | 1.4 |
| Weaver | Michael | | 11.98 | 24.68 | 51,334.40 | 51,334.40 | 13.0 | 4.75 | | 12/20/22 | 12.0 | 7.2 |
| Easlick | Robert | | 32.51 | 27.03 | 44,977.92 | 56,222.40 | 33.6 | 20.00 | | 12/20/22 | 32.5 | 12.5 |
| Hogans Jr | Robert | | 30.67 | 27.44 | 57,075.20 | 57,075.20 | 31.7 | 28.75 | | 12/20/22 | 30.7 | 1.9 |
| Foster | Elizabeth | Termed before | | | | | 30.5 | 17.00 | | 12/20/22 | 29.5 | 12.5 |
| Kuykendall | Marie | Termed before | | | | | 34.1 | 10.00 | | 12/20/22 | 33.0 | 23.0 |
| Smith | Cheryl | Termed before | | | | | 30.0 | 7.00 | | 12/20/22 | 28.9 | 21.9 |
| Raitz | Mark | | 17.87 | 27.44 | 57,075.20 | 57,075.20 | 18.9 | 17.04 | | 12/20/22 | 17.9 | 0.8 |
| Brokaw | Timothy | Termed before | | | | | 28.3 | 10.00 | | 12/20/22 | 27.3 | 17.3 |
| Maurer | Raymond | | 24.38 | 27.44 | 57,075.20 | 57,075.20 | 25.4 | 16.00 | | 12/20/22 | 24.4 | 8.4 |
| Waters | Patrick | Termed before | | | | | 24.6 | 18.99 | | 12/20/22 | 23.5 | 4.5 |
| Noel | Karen | | 18.85 | 27.44 | 11,415.04 | 57,075.20 | 19.9 | 17.50 | | 12/20/22 | 18.8 | 1.3 |
| Nitchie | Ronald | | 18.72 | 27.44 | 57,075.20 | 57,075.20 | 19.8 | 6.08 | | 12/20/22 | 18.7 | 12.6 |
| Warnshuis | John | | 18.28 | 27.44 | 57,075.20 | 57,075.20 | 19.3 | 3.41 | | 12/20/22 | 18.3 | 14.9 |
| Hampton | Renee | | 15.02 | 27.44 | 11,415.04 | 57,075.20 | 16.1 | 13.25 | | 12/20/22 | 15.0 | 1.8 |
| Coffman | Mark | | 12.35 | 26.27 | 54,641.60 | 54,641.60 | 13.4 | 9.07 | | 12/20/22 | 12.4 | 3.3 |
| Imber | Timothy | Termed before | | | | | 10.6 | 4.49 | | 12/20/22 | 9.5 | 5.0 |
| Baird | Rachel | | 9.21 | 24.65 | 51,272.00 | 51,272.00 | 10.3 | 3.66 | | 12/20/22 | 9.2 | 5.5 |
| Norber | Jennifer | | 4.04 | 25.00 | 41,600.00 | 52,000.00 | 5.1 | 1.08 | | 12/20/22 | 4.0 | 3.0 |
| White | Ronald | | 21.81 | 24.65 | 51,272.00 | 51,272.00 | 22.9 | 8.00 | | 12/20/22 | 21.8 | 13.8 |
| Hagan | Rosemary | Termed before | | | | | 17.4 | 4.00 | | 12/20/22 | 16.4 | 12.4 |
| Jenks | Diane | | 10.09 | 24.09 | 25,053.60 | 50,107.20 | 11.2 | 8.00 | | 12/20/22 | 10.1 | 2.1 |
| Sundin | Frances | Termed before | 40.19 | | | | 41.3 | 33.00 | | 12/20/22 | 40.2 | 7.2 |
| Sereno | Joseph | | 31.97 | 24.51 | 50,980.80 | 50,980.80 | 33.0 | 24.16 | | 12/20/22 | 32.0 | 7.8 |
| O'brien | Mark | | 31.95 | 24.51 | 30,588.48 | 50,980.80 | 33.0 | 25.41 | | 12/20/22 | 32.0 | 6.5 |
| Ruby | David | | 23.48 | 24.51 | 50,980.80 | 50,980.80 | 24.5 | 22.65 | | 12/20/22 | 23.5 | 0.8 |
| Ross | Walter | | 29.09 | 24.51 | 50,980.80 | 50,980.80 | 30.1 | 17.73 | | 12/20/22 | 29.1 | 11.4 |
| Ferguson Pa | Kaye | | 26.85 | 23.79 | 29,689.92 | 49,483.20 | 27.9 | 20.00 | | 12/20/22 | 26.8 | 6.8 |
| Hartman Stu | Martha | | 25.93 | 24.51 | 50,980.80 | 50,980.80 | 27.0 | 2.00 | | 12/20/22 | 25.9 | 23.9 |
| Hoffman | Laura | Termed before | | | | | 23.2 | 18.25 | | 12/20/22 | 22.1 | 3.9 |
| Krause | Kenneth | Termed before | | | | | 17.6 | 6.00 | | 12/20/22 | 16.5 | 10.5 |
| Datema | Steven | | 16.47 | 24.51 | 10,196.16 | 50,980.80 | 17.5 | 11.92 | | 12/20/22 | 16.5 | 4.5 |
| Baas | Andrea | | 6.10 | 23.00 | 28,704.00 | 47,840.00 | 7.2 | 5.92 | | 12/20/22 | 6.1 | 0.2 |

| Last Name | First Name | Position | Team | Region | FTE | FTE for Annual Calculations; Ctg = .2 | Hire Date | Term Date |
|---|---|---|---|---|---|---|---|---|
| Lamport | Cheryl | Spiritual Care Advisor | Grand Rapids | SW | 1.0 | 1.0 | 11/26/01 | 07/04/21 |
| Bennink | Mark | Spiritual Care Advisor | Grand Rapids | SW | 1.0 | 1.0 | 07/19/21 | |
| Weaver | Michael | Spiritual Care Advisor | Muskegon | SW | 1.0 | 1.0 | 09/28/15 | |
| Easlick | Robert | Spiritual Care Advisor | Arbor Central | SE | 0.8 | 0.8 | 06/21/10 | |
| Hogans Jr | Robert | Spiritual Care Advisor | Dearborn | SE | 1.0 | 1.0 | 01/17/21 | |
| Foster | Elizabeth | Spiritual Care Advisor | Arbor Hospice | SE | 0.0 | 0.2 | 06/30/10 | 05/09/18 |
| Kuykendall | Marie | Spiritual Care Advisor | Arbor Central | SE | 0.0 | 0.2 | 12/09/99 | 06/10/20 |
| Smith | Cheryl | Spiritual Care Advisor | Arbor Central | SE | 1.0 | 1.0 | 01/22/01 | 05/02/18 |
| Raitz | Mark | Spiritual Care Advisor | Oakland North | SE | 1.0 | 1.0 | 02/21/22 | |
| Brokaw | Timothy | Spiritual Care Advisor | Arbor Western Wa | SE | 1.0 | 1.0 | 09/12/05 | 07/27/19 |
| Maurer | Raymond | Spiritual Care Advisor | Arbor West | SE | 1.0 | 1.0 | 08/04/14 | |
| Waters | Patrick | Spiritual Care Advisor | Arbor Central | SE | 0.0 | 0.2 | 06/18/18 | 07/25/20 |
| Noel | Karen | Spiritual Care Advisor | Oakland South | SE | 0.0 | 0.2 | 08/16/21 | |
| Nitchie | Ronald | Spiritual Care Advisor | Arbor Saline | SE | 1.0 | 1.0 | 05/03/10 | |
| Warnshuis | John | Spiritual Care Advisor | Arbor Western Wa | SE | 1.0 | 1.0 | 02/11/08 | |
| Hampton | Renee | Spiritual Care Advisor | Arbor Central | SE | 0.0 | 0.2 | 03/15/21 | |
| Coffman | Mark | Spiritual Care Advisor | Macomb | SE | 1.0 | 1.0 | 09/09/19 | |
| Imber | Timothy | Spiritual Care Advisor | Macomb | SE | 0.0 | 0.2 | 12/04/17 | 04/06/19 |
| Baird | Rachel | Spiritual Care Advisor | Oakland South | SE | 1.0 | 1.0 | 06/05/17 | |
| Norber | Jennifer | Spiritual Care Advisor | Oakland North | SE | 0.8 | 0.8 | 01/06/20 | 08/04/22 |
| White | Ronald | Spiritual Care Advisor | Traverse City | NO, TC | 1.0 | 1.0 | 03/02/09 | |
| Hagan | Rosemary | Spiritual Care Advisor | Traverse City | NO, TC | 0.0 | 0.2 | 08/16/10 | 09/01/20 |
| Jenks | Diane | Spiritual Care Advisor | Traverse City | NO, TC | 0.5 | 0.5 | 11/16/20 | |
| Sundin | Frances | Spiritual Care Advisor | Alpena | NO | 0.0 | 0.2 | 10/12/15 | 09/14/18 |
| Sereno | Joseph | Spiritual Care Advisor | Gaylord | NO | 1.0 | 1.0 | 03/02/15 | |
| O'brien | Mark | Spiritual Care Advisor | Ludington | NO | 0.6 | 0.6 | 06/06/16 | |
| Ruby | David | Spiritual Care Advisor | Charlevoix | NO | 1.0 | 1.0 | 02/21/22 | |
| Ross | Walter | Spiritual Care Advisor | Cadillac | NO | 1.0 | 1.0 | 08/15/11 | |
| Ferguson Pa | Kaye | Spiritual Care Advisor | Big Rapids | NO | 0.6 | 0.6 | 02/15/16 | 01/29/22 |
| Hartman Stu | Martha | Spiritual Care Advisor | Alpena | NO | 1.0 | 1.0 | 01/19/99 | |
| Hoffman | Laura | Spiritual Care Advisor | Alpena | NO | 0.0 | 0.2 | 01/28/19 | 09/28/19 |
| Krause | Kenneth | Spiritual Care Advisor | Big Rapids | NO | 0.0 | 0.2 | 06/11/12 | 05/23/21 |
| Datema | Steven | Spiritual Care Advisor | Gaylord | NO | 0.0 | 0.2 | 06/04/18 | 01/29/22 |
| Baas | Andrea | Spiritual Care Advisor | Big Rapids | NO | 0.6 | 0.6 | 10/17/22 | |

| | Rate of Pay Prior to 01/17/18 Increase | | | | | 01/07/18 Increase | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Last Name | Not Included in 01/07/18 Increase | Calculated Years of Experience as of 01/07/18 | Rate Prior to 1/7/18 Increase | 01/07/18 New Annual (with Contingent = .2 FTE for Calculations) | 01/07/18 New ANNUALIZED (Hourly *2080) | Not Included in 01/07/18 Increase | Calculated Years of Experience as of 01/07/18 | 01/07/18 increase, new hourly | 01/07/18 New Annual (with Contingent = .2 FTE for Calculations) | 01/07/18 New ANNUALIZED (Hourly *2080) |
| Lamport | | 26.1 | 23.76 | 49,420.80 | 49,420.80 | | 26.1 | 24.24 | 50,419.20 | 50,419.20 |
| Bennink | Hired after | | | | | Hired after | | | | |
| Weaver | | 7.0 | 23.02 | 47,881.60 | 47,881.60 | | 7.0 | 23.49 | 48,859.20 | 48,859.20 |
| Easlick | | 27.6 | 25.21 | 41,949.44 | 52,436.80 | | 27.6 | 25.72 | 42,798.08 | 53,497.60 |
| Hogans Jr | Hired after | | | | | Hired after | | | | |
| Foster | | 24.5 | 24.63 | 10,246.08 | 51,230.40 | | 24.5 | 26.11 | 10,861.76 | 54,308.80 |
| Kuykendall | | 28.1 | **25.76** | 10,716.16 | 53,580.80 | | 28.1 | **26.28** | 10,932.48 | 54,662.40 |
| Smith | | 24.0 | **25.76** | 53,580.80 | 53,580.80 | | 24.0 | **26.28** | 54,662.40 | 54,662.40 |
| Raitz | Hired after | | | | | Hired after | | | | |
| Brokaw | | 22.3 | 24.80 | 51,584.00 | 51,584.00 | | 22.3 | 26.28 | 54,662.40 | 54,662.40 |
| Maurer | | 19.4 | 24.63 | 51,230.40 | 51,230.40 | | 19.4 | 26.11 | 54,308.80 | 54,308.80 |
| Waters | Hired after | | | | | Hired after | | | | |
| Noel | Hired after | | | | | Hired after | | | | |
| Nitchie | | 13.8 | 25.59 | 53,227.20 | 53,227.20 | | 13.8 | 26.11 | 54,308.80 | 54,308.80 |
| Warnshuis | | 13.3 | 25.59 | 53,227.20 | 53,227.20 | | 13.3 | 26.11 | 54,308.80 | 54,308.80 |
| Hampton | Hired after | | | | | Hired after | | | | |
| Coffman | Hired after | | | | | Hired after | | | | |
| Imber | | 4.6 | 23.50 | 9,776.00 | 48,880.00 | | 4.6 | 23.50 | 9,776.00 | 48,880.00 |
| Baird | | 4.3 | 23.00 | 47,840.00 | 47,840.00 | | 4.3 | 23.46 | 48,796.80 | 48,796.80 |
| Norber | Hired after | | | | | Hired after | | | | |
| White | | 16.9 | 23.00 | 47,840.00 | 47,840.00 | | 16.9 | 23.46 | 48,796.80 | 48,796.80 |
| Hagan | | 11.4 | 22.47 | 9,347.52 | 46,737.60 | | 11.4 | 22.92 | 9,534.72 | 47,673.60 |
| Jenks | Hired after | | | | | Hired after | | | | |
| Sundin | | 35.2 | 22.86 | 9,509.76 | 47,548.80 | | 35.2 | 23.32 | 9,701.12 | 48,505.60 |
| Sereno | | 27.0 | 22.86 | 47,548.80 | 47,548.80 | | 27.0 | 23.32 | 48,505.60 | 48,505.60 |
| O'brien | | 27.0 | 22.86 | 28,529.28 | 47,548.80 | | 27.0 | 23.32 | 29,103.36 | 48,505.60 |
| Ruby | Hired after | | | | | Hired after | | | | |
| Ross | | 24.1 | 22.86 | 47,548.80 | 47,548.80 | | 24.1 | 23.32 | 48,505.60 | 48,505.60 |
| Ferguson Pa | | 21.9 | 22.86 | 28,529.28 | 47,548.80 | | 21.9 | 23.32 | 29,103.36 | 48,505.60 |
| Hartman Stu | | 21.0 | 22.86 | 47,548.80 | 47,548.80 | | 21.0 | 23.32 | 48,505.60 | 48,505.60 |
| Hoffman | Hired after | | | | | Hired after | | | | |
| Krause | | 11.6 | 22.47 | 9,347.52 | 46,737.60 | | 11.6 | 22.92 | 9,534.72 | 47,673.60 |
| Datema | Hired after | | | | | Hired after | | | | |
| Baas | Hired after | | | | | Hired after | | | | |

| | 07/07/19 Increase | | | | | 7/11/21 Report | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Last Name | Not Included in 07/07/19 Increase | Calculated Years of Experience as of 07/07/19 | 07/07/19 Increase, New Hourly | 07/07/19 New Annual (with Contingent = .2 FTE for Calculations) | 07/07/19 New ANNUALIZED (Hourly *2080) | Reason Not Included on Original 07/11/21 Report | Calculated Years of Experience as of 7/11/21 | Calculated Years of Experience as of 7/11/21 | Original 07/11/21 Report, Hourly | Annual (with Contingent = .2 FTE for Calculations) | ANNUALIZED (Hourly *2080) |
| Lamport | | 27.6 | 24.73 | 51,438.40 | 51,438.40 | | 29.6 | 29.64 | 24.73 | 51,438.40 | 51,438.40 |
| Bennink | Hired after | | | | | Hired after | | | | | |
| Weaver | | 8.5 | 23.96 | 49,836.80 | 49,836.80 | | 10.5 | 10.54 | 23.96 | 49,836.80 | 49,836.80 |
| Easlick | | 29.0 | 26.24 | 43,663.36 | 54,579.20 | | 31.1 | 31.06 | 26.24 | 43,663.36 | 54,579.20 |
| Hogans Jr | Hired after | | | | | | 29.2 | 29.23 | 26.64 | 55,411.20 | 55,411.20 |
| Foster | Termed before | | | | | Termed before | | | | | |
| Kuykendall | | 29.6 | 26.81 | 11,152.96 | 55,764.80 | Termed before | | | | | |
| Smith | Termed before | | | | | Termed before | | | | | |
| Raitz | Hired after | | | | | Hired after | | | | | |
| Brokaw | | 23.8 | 26.81 | 55,764.80 | 55,764.80 | Termed before | | | | | |
| Maurer | | 20.9 | 26.64 | 55,411.20 | 55,411.20 | | 22.9 | 22.94 | 26.64 | 55,411.20 | 55,411.20 |
| Waters | | 20.0 | 26.11 | 10,861.76 | 54,308.80 | Termed before | | | | | |
| Noel | Hired after | | | | | Hired after | | | | | |
| Nitchie | | 15.3 | 26.64 | 55,411.20 | 55,411.20 | | 17.3 | 17.28 | 26.64 | 55,411.20 | 55,411.20 |
| Warnshuis | | 14.8 | 26.64 | 55,411.20 | 55,411.20 | | 16.8 | 16.83 | 26.64 | 55,411.20 | 55,411.20 |
| Hampton | Hired after | | | | | | 13.6 | 13.57 | 26.64 | 11,082.24 | 55,411.20 |
| Coffman | Hired after | | | | | | 10.9 | 10.91 | 25.50 | 53,040.00 | 53,040.00 |
| Imber | Termed before | | | | | Termed before | | | | | |
| Baird | | 5.7 | 23.93 | 49,774.40 | 49,774.40 | | 7.8 | 7.76 | 23.93 | 49,774.40 | 49,774.40 |
| Norber | Hired after | | 23.84 | | | | 2.6 | 2.59 | 23.84 | 39,669.76 | 49,587.20 |
| White | | 18.4 | 23.93 | 49,774.40 | 49,774.40 | | 20.4 | 20.37 | 23.93 | 49,774.40 | 49,774.40 |
| Hagan | | 12.9 | 23.38 | 9,726.08 | 48,630.40 | Termed before | | | | | |
| Jenks | Hired after | | | | | | 8.6 | 8.65 | 23.38 | 24,315.20 | 48,630.40 |
| Sundin | Termed before | | | | | Termed before | | | | | |
| Sereno | | 28.5 | 23.79 | 49,483.20 | 49,483.20 | | 30.5 | 30.52 | 23.79 | 49,483.20 | 49,483.20 |
| O'brien | | 28.5 | 23.79 | 29,689.92 | 49,483.20 | | 30.5 | 30.51 | 23.79 | 29,689.92 | 49,483.20 |
| Ruby | Hired after | | | | | Hired after | | | | | |
| Ross | | 25.6 | 23.79 | 49,483.20 | 49,483.20 | | 27.6 | 27.64 | 23.79 | 49,483.20 | 49,483.20 |
| Ferguson Pa | | 23.4 | 23.79 | 29,689.92 | 49,483.20 | | 25.4 | 25.41 | 23.79 | 29,689.92 | 49,483.20 |
| Hartman Stu | | 22.5 | 23.79 | 49,483.20 | 49,483.20 | | 24.5 | 24.49 | 23.79 | 49,483.20 | 49,483.20 |
| Hoffman | | 18.7 | 23.79 | 9,896.64 | 49,483.20 | Termed before | | | | | |
| Krause | | 13.1 | 23.38 | 9,726.08 | 48,630.40 | Termed before | | | | | |
| Datema | | 13.0 | 22.92 | 9,534.72 | 47,673.60 | | 15.0 | 15.02 | 23.38 | 9,726.08 | 48,630.40 |
| Baas | Hired after | | | | | Hired after | | | | | |

| | 09/26/21 Increase | | | | | 12/20/22 Rate | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Last Name | Not Included in 09/26/21 Increase | Calculated Years of Experience as of 09/26/21 | 09/26/21 Increase, New Hourly | 09/26/21 New Annual (with Contingent = .2 FTE for Calculations) | 09/26/21 New ANNUALIZED (Hourly *2080) | Not Included in 12/20/22 Report | Calculated Years of Experience as of 12/20/22 | 12/20/22 Rate | 12/20/22 Annual (with Contingent = .2 FTE for Calculations) | 12/20/22 ANNUALIZED (Hourly *2080) | Total Yrs of Exper as of 01/10/24 |
| Lamport | Termed before | | | | | Termed before | | | | | 32.1 |
| Bennink | | 22.8 | 25.48 | 52,998.40 | 52,998.40 | | 23.99 | 25.48 | 52,998.40 | 52,998.40 | 25.0 |
| Weaver | | 10.8 | 24.68 | 51,334.40 | 51,334.40 | | 11.98 | 24.68 | 51,334.40 | 51,334.40 | 13.0 |
| Easlick | | 31.3 | 27.03 | 44,977.92 | 56,222.40 | | 32.51 | 27.03 | 44,977.92 | 56,222.40 | 33.6 |
| Hogans Jr | | 29.4 | 27.44 | 57,075.20 | 57,075.20 | | 30.67 | 27.44 | 57,075.20 | 57,075.20 | 31.7 |
| Foster | Termed before | | | | | Termed before | | | | | 30.5 |
| Kuykendall | Termed before | | | | | Termed before | | | | | 34.1 |
| Smith | Termed before | | | | | Termed before | | | | | 30.0 |
| Raitz | Hired after | | | | | | 17.87 | 27.44 | 57,075.20 | 57,075.20 | 18.9 |
| Brokaw | Termed before | | | | | Termed before | | | | | 28.3 |
| Maurer | | 23.2 | 27.44 | 57,075.20 | 57,075.20 | | 24.38 | 27.44 | 57,075.20 | 57,075.20 | 25.4 |
| Waters | Termed before | | | | | Termed before | | | | | 24.6 |
| Noel | | 17.6 | 27.44 | 11,415.04 | 57,075.20 | | 18.85 | 27.44 | 11,415.04 | 57,075.20 | 19.9 |
| Nitchie | | 17.5 | 27.44 | 57,075.20 | 57,075.20 | | 18.72 | 27.44 | 57,075.20 | 57,075.20 | 19.8 |
| Warnshuis | | 17.0 | 27.44 | 57,075.20 | 57,075.20 | | 18.28 | 27.44 | 57,075.20 | 57,075.20 | 19.3 |
| Hampton | | 13.8 | 27.44 | 11,415.04 | 57,075.20 | | 15.02 | 27.44 | 11,415.04 | 57,075.20 | 16.1 |
| Coffman | | 11.1 | 26.27 | 54,641.60 | 54,641.60 | | 12.35 | 26.27 | 54,641.60 | 54,641.60 | 13.4 |
| Imber | Termed before | | | | | Termed before | | | | | 10.6 |
| Baird | | 8.0 | 24.65 | 51,272.00 | 51,272.00 | | 9.21 | 24.65 | 51,272.00 | 51,272.00 | 10.3 |
| Norber | | 2.8 | 24.56 | 40,867.84 | 51,084.80 | | 4.04 | 25.00 | 41,600.00 | 52,000.00 | 5.1 |
| White | | 20.6 | 24.65 | 51,272.00 | 51,272.00 | | 21.81 | 24.65 | 51,272.00 | 51,272.00 | 22.9 |
| Hagan | Termed before | | | | | Termed before | | | | | 17.4 |
| Jenks | | 8.9 | 24.09 | 25,053.60 | 50,107.20 | | 10.09 | 24.09 | 25,053.60 | 50,107.20 | 11.2 |
| Sundin | Termed before | | | | | Termed before | 40.19 | | | | 41.3 |
| Sereno | | 30.7 | 24.51 | 50,980.80 | 50,980.80 | | 31.97 | 24.51 | 50,980.80 | 50,980.80 | 33.0 |
| O'brien | | 30.7 | 24.51 | 30,588.48 | 50,980.80 | | 31.95 | 24.51 | 30,588.48 | 50,980.80 | 33.0 |
| Ruby | Hired after | | | | | | 23.48 | 24.51 | 50,980.80 | 50,980.80 | 24.5 |
| Ross | | 27.9 | 24.51 | 50,980.80 | 50,980.80 | | 29.09 | 24.51 | 50,980.80 | 50,980.80 | 30.1 |
| Ferguson Pa | | 25.6 | 24.51 | 30,588.48 | 50,980.80 | | 26.85 | 23.79 | 29,689.92 | 49,483.20 | 27.9 |
| Hartman Stu | | 24.7 | 24.51 | 50,980.80 | 50,980.80 | | 25.93 | 24.51 | 50,980.80 | 50,980.80 | 27.0 |
| Hoffman | Termed before | | | | | Termed before | | | | | 23.2 |
| Krause | Termed before | | | | | Termed before | | | | | 17.6 |
| Datema | | 15.2 | 24.09 | 10,021.44 | 50,107.20 | | 16.47 | 24.51 | 10,196.16 | 50,980.80 | 17.5 |
| Baas | Hired after | | | | | | 6.10 | 23.00 | 28,704.00 | 47,840.00 | 7.2 |

| Last Name | Yrs of Exper prior to HOM | | 12/20/22 | Total Yrs of Exper as of 01/10/24 | HOM YoS (Current EEs, as of 01/10/24) |
|---|---|---|---|---|---|
| Lamport | 10.00 | | 12/20/22 | 31.1 | 21.1 |
| Bennink | 22.57 | | 12/20/22 | 24.0 | 1.4 |
| Weaver | 4.75 | | 12/20/22 | 12.0 | 7.2 |
| Easlick | 20.00 | | 12/20/22 | 32.5 | 12.5 |
| Hogans Jr | 28.75 | | 12/20/22 | 30.7 | 1.9 |
| Foster | 17.00 | | 12/20/22 | 29.5 | 12.5 |
| Kuykendall | 10.00 | | 12/20/22 | 33.0 | 23.0 |
| Smith | 7.00 | | 12/20/22 | 28.9 | 21.9 |
| Raitz | 17.04 | | 12/20/22 | 17.9 | 0.8 |
| Brokaw | 10.00 | | 12/20/22 | 27.3 | 17.3 |
| Maurer | 16.00 | | 12/20/22 | 24.4 | 8.4 |
| Waters | 18.99 | | 12/20/22 | 23.5 | 4.5 |
| Noel | 17.50 | | 12/20/22 | 18.8 | 1.3 |
| Nitchie | 6.08 | | 12/20/22 | 18.7 | 12.6 |
| Warnshuis | 3.41 | | 12/20/22 | 18.3 | 14.9 |
| Hampton | 13.25 | | 12/20/22 | 15.0 | 1.8 |
| Coffman | 9.07 | | 12/20/22 | 12.4 | 3.3 |
| Imber | 4.49 | | 12/20/22 | 9.5 | 5.0 |
| Baird | 3.66 | | 12/20/22 | 9.2 | 5.5 |
| Norber | 1.08 | | 12/20/22 | 4.0 | 3.0 |
| White | 8.00 | | 12/20/22 | 21.8 | 13.8 |
| Hagan | 4.00 | | 12/20/22 | 16.4 | 12.4 |
| Jenks | 8.00 | | 12/20/22 | 10.1 | 2.1 |
| Sundin | 33.00 | | 12/20/22 | 40.2 | 7.2 |
| Sereno | 24.16 | | 12/20/22 | 32.0 | 7.8 |
| O'brien | 25.41 | | 12/20/22 | 32.0 | 6.5 |
| Ruby | 22.65 | | 12/20/22 | 23.5 | 0.8 |
| Ross | 17.73 | | 12/20/22 | 29.1 | 11.4 |
| Ferguson Pa | 20.00 | | 12/20/22 | 26.8 | 6.8 |
| Hartman Stu | 2.00 | | 12/20/22 | 25.9 | 23.9 |
| Hoffman | 18.25 | | 12/20/22 | 22.1 | 3.9 |
| Krause | 6.00 | | 12/20/22 | 16.5 | 10.5 |
| Datema | 11.92 | | 12/20/22 | 16.5 | 4.5 |
| Baas | 5.92 | | 12/20/22 | 6.1 | 0.2 |