# EXHIBIT A

```
                     UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF MICHIGAN
                          SOUTHERN DIVISION

GREGORY PARRY,

          Plaintiff,

   vs.                                    Case No. 22-11328

HOSPICE OF MICHIGAN, INC.,

          Defendants.
   _____/

                      SETTLEMENT CONFERENCE
               BEFORE MAGISTRATE JUDGE DAVID R. GRAND
                Theodore Levin United States Courthouse
                     231 West Lafayette Boulevard
                          Detroit, Michigan
                     Thursday, November 21, 2024

APPEARANCES:


FOR THE PLAINTIFF:    ANNEMARIE SMITH-MORRIS
                      SARAH PRESCOTT
                      Salvatore, Prescott, Porter & Porter
                      105 East Main Street
                      Northville, Michigan 48167
                      248.679.8711
                      smith-morris@spplaw.com
                      prescott@spplawyers.com

                      KENNETH M. MOGILL
                      Mogill Posner
                      27 East Flint Street
                      2nd Floor
                      Lake Orion, Michigan 48226
                      248.814.9470
                      kmogill@bignet.net
```

```
 1   APPEARANCES CONTINUED:

 2


 3   FOR THE DEFENDANT:    DAVID DEROMEDI
                           Dickinson Wright
 4                         500 Woodward Avenue
                           Suite 4000
 5                         Detroit, Michigan 48226
                           313.223.3598
 6                         ddederomedi@dickinsonwright.com

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22
            TRANSCRIBED BY:  April A. Kurtz, CSR-7347, RPR, FCRR
23                    www.transcriptorders.com

24       (Transcriber not present at live proceedings.
          Transcript produced from digital recording.)
25
```

TABLE OF CONTENTS

MATTER                                                    PAGE

**Settlement Conference**


Terms of Settlement................................ 6

Certificate of Reporter........................... 10

```
 1  Detroit, Michigan
 2  Thursday, November 21, 2024
 3  4:57 p.m.
 4                          * * *
 5          THE COURT:  All right.  We ready?
 6          MR. DEROMEDI:  Yes.
 7          MS. PRESCOTT:  Yes.
 8          THE COURT:  All right.  Great.  Thank you.
 9          This is the case of Gregory Parry versus Hospice of
10  Michigan, Inc., et al, Case Number 22-cv-11328.
11          If we could have appearances of counsel, please.
12          Go ahead with plaintiff.
13          MS. PRESCOTT:  Good evening, Judge.
14          Your Honor, --
15          THE COURT:  Oh, you can just -- you can stay at your
16  -- that's fine.
17          MS. PRESCOTT:  Do you mind if I sit then?
18          THE COURT:  Yep, that's totally fine.
19          MS. PRESCOTT:  All right.  Thank you.
20          Good evening, or afternoon.  Sarah Prescott appearing
21  on behalf of the plaintiff.
22          And just to make it a little quicker, we have
23  Annemarie Smith-Morris, we have Ken Mogill, and we have the
24  plaintiff here in the courtroom.
25          THE COURT:  All right.  Thank you.
```

```
1              And if plaintiff could just give your name, please.
2              MR. PARRY:  Gregory Parry.
3              THE COURT:  Okay.  Yep.  Thank you.
4              And for the defendants?
5              MR. DEROMEDI:  David Deromedi on behalf of all the
6    defendants.
7              THE COURT:  Okay.  And if they could just give their
8    names, please.
9              MR. DEROMEDI:  Sure.
10             MS. MYERS:  Lee Ann Myers.
11             MR. CAHILL:  Bob Cahill.
12             THE COURT:  All right.  Thank you.
13             MS. PRESCOTT:  And then I just want to note for the
14   record, Patrick Miller was here but had to leave for a business
15   matter.
16             THE COURT:  Right.  Yep.  Thank you.
17             And just for the record, it's 4:58 right now.  We
18   started right around 9:30 and have been -- didn't even take
19   that much of a lunch break, so we've been at this you know, for
20   a while today.  And I'm happy to report that after a lot of
21   good compromise and good counsel by -- you know, by the
22   attorneys, and a lot of work by the -- you know, by the
23   clients, we were able to get to a -- a resolution, which is,
24   you know, especially in a -- in a -- in a case like this and
25   with, you know, trial looming in the very immediate future is,
```

1  you know, really terrific.  I'm really happy we were able
2  to -- you know, to do that.
3          And I know that the -- the -- you know, obviously,
4  the fact of the settlement of the case is -- is -- you're
5  going to be public, the fact that the case did settle, that
6  the terms obviously are going -- are going to be
7  confidential.
8          So we're not going to put on the record here any
9  specific, you know, dollar amount or anything like that, but
10 we just did want to -- I don't know if you want to just,
11 like, write the number down and get everyone's initials or I
12 don't know if that's necessary.  But, really, just get
13 everyone's representation that, you know, we -- we're all
14 here today, we -- I don't know if you had any questions for
15 your -- your client at all, anybody, but wanted to at least
16 memorialize the fact that, you know, we did reach a
17 resolution as to how to resolve this case.
18          MS. PRESCOTT:  Sure, I can just take through some
19 of the terms without the dollar amount, but we -- we did
20 agree on a dollar amount; that checks would be payable
21 according to a split on W2s and 1099s also agreed, but the
22 amounts would -- are not going on the record.
23          My client's personnel file would be cleared of
24 negative feedback.
25          The parties will execute a mutual general release.

1         My clients, any personal property will be
2    returned.
3         We agree to the payment within 30 days for half of
4    the plaintiff's pay-out, and on or about January 15th, 2025,
5    for the other half.
6         The parties will execute mutual non-disparagement
7    language.
8         And the payments, of course, would be contingent
9    on us getting in our W9s to the defendants as well.
10         THE COURT:  Okay.
11         MR. DEROMEDI:  And that -- that -- we're agreeable
12    to that, your Honor.
13         There was one other thing that -- that I -- we
14    believe that Mr. Parry still had some of HOM property in his
15    possession, and so there would be an exchange of that as
16    well.
17         MS. PRESCOTT:  So all personal property --
18         MR. DEROMEDI:  Right.
19         MS. PRESCOTT:  -- mutually exchanged is fine.
20         MR. DEROMEDI:  Yeah.
21         MS. PRESCOTT:  And we appreciate your help.  We
22    appreciate the professionalism of brother counsel here.
23         And that's all I had.
24         I -- I -- you know, I am a happy to represent or I
25    can certainly voir dire my client if you feel it's

1  necessary, but I -- you know, I think the process here has
2  been a robust one and he's -- well understands that this is
3  a full and final settlement with no opportunity for appeal.
4           THE COURT:  Okay.  I understand.
5           Mr. Parry, is that -- is that correct, sir, that
6  you're satisfied with today and you agree to settle on the
7  terms that have been placed on the record and -- and
8  obviously agreed to, the -- the aspects that were not placed
9  on the record?
10          MR. PARRY:  Correct, your Honor.
11          THE COURT:  Okay.  Terrific.  I don't think
12 there's anything more that needs to be done for that
13 standpoint.
14          And I guess I would just ask the same questions to
15 the defendants.  You know, here, your -- you agree to settle
16 the case on the terms that were reflected, both the -- the
17 ones on the record and then, obviously, the dollar amount
18 that was not put on the record.
19          MS. MYERS:  yes, your Honor.
20          MR. CAHILL:  Yes, your Honor.
21          THE COURT:  Okay.  Terrific.
22          Well, yeah, thank you all very much again.  I echo
23 Ms. Prescott's comments.  Everyone today, you know, really
24 worked hard together and -- and very cooperatively, and it's
25 really a nice change from some of my recent cases where

Page 9

1  counsel are just, like, really have been unable to work
2  together.
3          I -- I just had a phone call today where counsel,
4  they -- they could not agree on even, like, where to take a
5  deposition, whether it should be by Zoom or not, and I just
6  said, you know, we don't -- there are way bigger fish to fry
7  out in all of our professional lives and things like this.
8          So it was really nice to get to work with counsel
9  who are getting along well and, you know, doing really
10 excellent advocacy work.
11         So thank you all for that.  And I'll let Judge
12 Hood know by way of text entry just that the case has been
13 settled, and I'm sure that she will be, you know, thrilled
14 as well.
15         And, you know, you should, I guess, be submitting
16 a stipulated order to her.
17         Why don't I just put that we expect it by January
18 15th, is that --
19         MS. PRESCOTT:  Yes, your Honor.
20         THE COURT:  Okay.
21         Okay.  Terrific.  Well, thank you, all.  Everybody
22 have a great Thanksgiving and we'll see you at the next one.
23         MS. PRESCOTT:  Thank you.
24         MR. DEROMEDI:  Thank you, your Honor.
25         THE COURT:  My pleasure.  All right.  take care,

Gregory Parry vs. Hospice of Michigan, Inc. - 22-11328

```
                                                            Page 10
 1   everybody.

 2             (PROCEEDINGS CONCLUDED AT 5:03 p.m.)

 3                         *  *  *  *

 4                 C E R T I F I C A T I O N

 5        I certify that the foregoing is a correct transcription

 6   of the record of proceedings in the above-entitled matter.

 7   s/ April A. Kurtz, CSR-7347, RPR, FCRR        12/20/2024
     April A. Kurtz, CSR-7347, RPR, FCRR           Date
 8   Official Court Reporter

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```