UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Gregory Parry,

                Plaintiff(s),

v.                                          Case No. 2:22−cv−11328−DPH−DRG
                                                    Hon. Denise Page Hood

Hospice of Michigan, Inc.,

                Defendant(s),

### ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that the following motion(s) are referred to U.S. Magistrate Judge David R. Grand for a hearing and determination pursuant to 28 U.S.C. § 636(b)(1)(A):

        Motion – #70

                                                    s/Denise Page Hood
                                                    Denise Page Hood
                                                    United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                      s/L. Saulsberry
                                                      Case Manager

Dated:   January 27, 2025