UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY PARRY,

          Plaintiff(s),

v.

HOSPICE OF MICHIGAN, INC.,

          Defendant(s).
_____/

Civil Action No. 22-11328

Denise Page Hood
United States District Judge

David R. Grand
United States Magistrate Judge

## NOTICE OF TELEPHONIC CONFERENCE

PLEASE TAKE NOTICE that a telephonic conference has been scheduled before Magistrate Judge David R. Grand as follows:

- STATUS CONFERENCE:    February 4, 2025, at 10:00 AM

Please join the conference by calling the dial-in number below and entering the passcode:

Dial-In Number:   734-535-8499
Passcode:         510 907 982#

## CERTIFICATE OF SERVICE

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

s/Eddrey O. Butts
EDDREY O. BUTTS
Case Manager

Dated: January 31, 2025