UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Gregory Parry,

                         Plaintiff(s),

v.                                                   Case No. 2:22–cv–11328–DPH–DRG
                                                     Hon. Denise Page Hood

Hospice of Michigan, Inc.,

                         Defendant(s),

_____

### NOTICE OF MOTION HEARING

    You are hereby notified to appear before Magistrate Judge David R. Grand at the United States District Court, Federal Building, 200 East Liberty Street, Ann Arbor, Michigan.  The following motion(s) are scheduled for hearing:

          Motion – #70

     • MOTION HEARING:  March 4, 2025 at 02:00 PM

### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                        By: s/E. Butts_____
                                             Case Manager

Dated:   February 5, 2025