## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

GREGORY PARRY,

        Plaintiff,

v.

HOSPICE OF MICHIGAN, INC., *a Michigan non-profit corporation*, et al.

        Defendants.

Case No. 2:22-cv-11328-DPH-DRG

Hon.  Denise Page Hood
Mag. David R. Grand

---

| | |
|---|---|
| Sarah S. Prescott (P70510) | David R. Deromedi (P42093) |
| Annemarie Smith-Morris (P87221) | Angelina Rose Delmastro (P81712) |
| SALVATORE PRESCOTT | DICKINSON WRIGHT PLLC |
| PORTER & PORTER, PLLC | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | 500 Woodward Ave., Suite 4000 |
| 105 East Main Street | Detroit, MI 48226 |
| Northville, MI 48167 | (313) 223-3048 |
| (248) 679-8711 | dderomedi@dickinsonwright.com |
| prescott@sppplaw.com | adelmastro@dickinsonwright.com |
| smith-morris@spppplaw.com | |

Kenneth M. Mogill (P17865)
MOGILL & LEMANSKI, PLLC
*Attorneys for Plaintiff*
27 E. Flint St., 2nd Floor
Lake Orion, MI 48362
(248) 814-9470
kmogill@bignet.net

---

## **STIPULATED ORDER OF DISMISSAL**

This matter having come before the Court on the stipulation of the parties hereto;

**IT IS HEREBY ORDERED** that the above-captioned matter is hereby DISMISSED in its entirety and with prejudice, and without attorney fees or costs to either party.

This is a final Order and closes the case.

 **IT IS SO ORDERED.**


Dated:  March 14, 2025

s/Denise Page Hood
United States District Judge

**STIPULATED AND AGREED:**

Respectfully submitted,


/s/ Sarah Prescott

Sarah S. Prescott (P70510)
Annemarie Smith-Morris (P87221)
SALVATORE PRESCOTT
PORTER & PORTER, PLLC
*Attorneys for Plaintiff*
105 East Main Street
Northville, MI 48167
(248) 679-8711
prescott@sppplaw.com
smith-morris@sppplaw.com


and

Kenneth M. Mogill (P17865)
MOGILL & LEMANSKI, PLLC
*Attorneys for Plaintiff*
27 E. Flint St., 2nd Floor
Lake Orion, MI 48362
(248) 814-9470
kmogill@bignet.net


Dated: March 10, 2025

/s/ David R. Deromedi (w/ authorization)

David R. Deromedi (P42093)
Angelina Rose Delmastro (P81712)
DICKINSON WRIGHT PLLC
*Attorneys for Defendants*
500 Woodward Ave., Suite 4000
Detroit, MI 48226
(313) 223-3048
dderomedi@dickinsonwright.com
adelmastro@dickinsonwright.com

Dated: March 10, 2025